# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.

**GREEN SOLUTION, LLC, a Colorado Limited Liability Company;**

**GREEN EARTH WELLNESS, INC., a dissolved Colorado Corporation;**

**TGS Management, LLC, a Colorado Limited Liability Company**

**S-Type Armored, LLC, a Colorado Limited Liability Company;**

**IVXX Infuzionz, LLC, a Colorado Limited Liability Company**

Plaintiff,

v.

**UNITED STATES OF AMERICA, through its agency the INTERNAL REVENUE SERVICE**

Defendants.

## AFFIDAVIT OF SERVICE

The undersigned after being placed upon oath or affirmation, and under penalty of purgery, states as follows:

As shown by the attached receipt, pursuant to 26 U.S.C. §7609 and Fed.R.Civ.P., I served the following persons via certified mail, return receipt requested on July 28, 2016:

Attorney General John Walsh
U.S. Attorney General
Attn: Civil Process Clerk
1225 17th Street, Suite 700
Denver, Colorado 80202
Article # 9514 8000 2520 6210 0002 98

Attorney General Loretta Lynch
U.S. Department of Justice
Attn: Civil Process Clerk
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001
Article# 9514 8000 2520 6210 0002 67

David Hewell
IRS –MS-4161 DH
56 Inverness Drive East
Englewood, Colorado 80112

Wells Fargo Bank NA
1560 Broadway, Suite 2090
Denver, CO 80202

Verus Bank of Commerce
3700 S. College Ave, Unit 102,
Fort Collins, CO 80525

Partner Colorado Credit Union
6221 Sheridan Blvd
Arvada, CO 80003

Further affiant sayeth naught.

Dated this 8th day of August, 2016.

By: _____
James D. Thorburn, Esq.

STATE OF COLORADO   )
                                              ) ss.
COUNTY OF                       )

SUBSCRIBED AND SWORN before me this 8th day of August, 2016 by James D. Thorburn.

Witness my hand and official seal.

My Commission Expires:

> TAMI MARIE VICARS
> Notary Public
> State of Colorado
> Notary ID 20144042067
> My Commission Expires Oct 30, 2018

_____
Notary Public

3