IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. ~~XXXXXXXXXXXX~~ ~~16-MC-00137~~ 16-MC-167

THE GREEN SOLUTION RETAIL, INC., a Colorado Corporation;

GREEN SOLUTION, LLC, a Colorado Limited Liability Company;

INFUZIONZ, LLC, a Colorado Limited Liability Company;

GREEN EARTH WELLNESS, INC., a dissolved Colorado Corporation;

Petitioners,

v.

UNITED STATES OF AMERICA
    Defendant.

---

### DECLARATION OF TIMOTHY G. SELL

---

Pursuant to 28 U.S.C. §1746, Timothy G. Sell makes the following declaration:

1. My name is Timothy G. Sell. I am currently the Accounting Director of Green Solution, LLC and oversee the financial matters of the other petitioners in this action ("The Green Solution Entities"). I am also a Certified Public Accountant licensed in Colorado in good standing.

2. I have personal knowledge of the facts stated herein.

3. I understand that this Declaration will be submitted to the Court in support of the Petitioners' Petition to Quash Summonses.

4. Based upon my education and experience as a CPA, a civil audit is for the purpose of (1) the IRS to confirm income; and (2) the taxpayer to support deductions.

5. With respect to uncovering criminal activity in a civil audit process, the boundaries are very clear. If a civil auditor is to find evidence of criminal activity within the Tax Code, such as tax fraud, the auditor is to refer the matter to the Criminal Investigations unit ("CI") and not continue the civil audit until the criminal investigation is complete.

6. If the civil auditor finds evidence of criminal activity outside the Tax Code, such as violations of federal criminal drug laws, the matter is referred to the area manager to determine whether the matter can be referred to the agency with jurisdiction to conduct the criminal investigation, e.g., Department of Justice. Whether or not a matter can be referred based upon tax return information is controlled by 26 U.S.C. §6103. In no event, is the civil auditor to continue investigating any violations of federal law outside of the Tax Code.

7. As part of my duties as Accounting Director of the Green Solution Entities, I received the notice of audit for Green Solution Retail, Inc. ("GSR"). See Exhibit 2. David Hewell is the auditor for the IRS. This matter was turned over to the attorneys of GSR with me being the primary point of contact for the entities. Very early in the audit it became clear that Mr. Hewell had concluded, prior to the review of any documentation, that he and his department concluded and found that GSR was illegally trafficking in a controlled substance. This would be a violation of the federal Controlled

Substances Act ("CSA"). He also said that the audit was for the purpose of confirming their determination so all of GSR's otherwise lawful deductions could be taken away pursuant to 26 U.S.C. §280E.

12. This placed GSR, its principals and me in a difficult situation. On the one hand, Mr. Hewell claimed that his investigation was a civil audit. On the other hand, it was clear he is conducting an investigation to confirm criminal conduct outside of the Tax Code. This is clearly outside the purpose of a civil audit and outside of his authority.

14. As the audit progressed, Mr. Hewell demanded a copy of the Marijuana Enforcement Tracking Reporting and Compliance (METRC™) inventory tracking system ("METRC") for the State of Colorado. The METRC is a system operated by the State of Colorado for its purposes of tracking marijuana inventory. It is not a financial tracking system. While not confirming or denying whether GSR is subject to the METRC reporting requirements, we declined providing any access to the METRC system by the IRS.

15. To my knowledge, none of the information contained in the METRC system was used or relied upon in the preparation of the federal income tax returns of the Green Solution entities.

16. The Green Solution entities have cooperated with Mr. Hewell and IRS during the audit, and have supplied them the bank records, and expense records including their general ledgers in order for the IRS to determine their tax liability.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this 27th day of June, 2016.

By:

3

_____
Timothy G. Sell

4