IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   16-MC-00167

**GREEN SOLUTION, LLC, a Colorado Limited Liability Company;**

**GREEN EARTH WELLNESS, INC., a dissolved Colorado Corporation;**

**TGS Management, LLC, a Colorado Limited Liability Company**

**S-Type Armored, LLC, a Colorado Limited Liability Company;**

**IVXX Infuzionz, LLC, a Colorado Limited Liability Company**

Plaintiffs,

v.

**UNITED STATES OF AMERICA, through its agency the INTERNAL REVENUE SERVICE**

Defendants.

_____

**NOTICE OF RELATED CASES**
_____

THE PETITIONERS, Green Solution, LLC, IVXX Infuzionz, LLC, TGS Management, LLC, S-Type Armored, LLC, and Green Earth Wellness, Inc. (hereinafter "The Green Solution") by and through their undersigned counsel, submit the following Notice of Related Cases:

This case is related to Green Solution, et al v. United States, 1:16-mc-00137-PAB and

Eric D. Speidell v. United States, 1:16-mc-00162-RBJ.

DATED THIS 8th DAY OF AUGUST, 2016.

*s/ James D. Thorburn*
James D. Thorburn, Attorney for the Plaintiffs
THORBURN WALKER, LLC
5460 South Quebec Street, Suite 310
Greenwood Village, Colorado 80111
(303) 646-3482
jdt@thorburnlaw.com

*s/ Richard A. Walker*
Richard A. Walker
THORBURN WALKER, LLC
5460 South Quebec Street, Suite 310
Greenwood Village, Colorado 80111
(303) 646-3482
rwalker@thorburnwalker.com