## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Judge Raymond P. Moore

Civil Action No. 16-mc-00167-RM

GREEN SOLUTION, LLC, a Colorado Limited Liability Company;
GREEN EARTH WELLNESS, INC.,
a dissolved Colorado Corporation;
TGS MANAGEMENT, LLC, a Colorado Limited
Liability Company;
S-TYPE ARMORED, LLC, a Colorado Limited
Liability Company; and
IVXX INFUZIONZ, LLC, a Colorado Limited
Liability Company,

    Plaintiffs,

v.

UNITED STATES OF AMERICA,
through its agency the INTERNAL
REVENUE SERVICE,

    Defendants.

---

## ORDER DIRECTING REASSIGNMENT
---

    This matter is before the Court upon Petitioners' Notice of Related Cases, indicating that the above captioned action is related to Case Nos. 16-mc-00137-PAB and 16-mc-00162-RBJ. After reviewing the matters, and pursuant to discussions with United States District Judge Philip A. Brimmer, this Court finds that the interests of justice are best served and judicial economy is best preserved if the above captioned action is REASSIGNED to Judge Brimmer.

    As required by D.C.COLO.LCivR 40.1A, approval from Chief Judge Marcia S. Krieger has been obtained for the reassignment of this action to Judge Brimmer.

It is therefore ORDERED that the above-captioned matter is REASSIGNED to Judge Brimmer and all future filings in Case No. 16-mc-00167-RM shall be docketed under the case number 16-mc-00167-PAB.

DATED this 10th day of August, 2016.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge