IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:16-mc-00167-PAB

GREEN SOLUTION, LLC, a Colorado Limited
Liability Company;
GREEN EARTH WELLNESS, INC., a dissolved
Colorado Corporation;
TGS MANAGEMENT, LLC, a Colorado Limited
Liability Company;
S-TYPE ARMORED, LLC, a Colorado Limited
Liability Company; and
IVXX INFUZIONZ, LLC, a Colorado Limited
Liability Company,

       Petitioners,

       v.

UNITED STATES OF AMERICA,

       Respondent.

---

**DECLARATION OF REVENUE AGENT DAVID HEWELL IN SUPPORT OF
UNITED STATES' MOTION TO DISMISS AND ENFORCE SUMMONSES**

---

I, David J. Hewell, pursuant to 28 U.S.C. § 1746(2), declare as follows:

    1.     I am employed as a Revenue Agent of the Internal Revenue Service with a post of

duty in Englewood, Colorado.

    2.     I am authorized to issue IRS summonses under Section 7602 of the Internal

Revenue Code of 1986 (Title 26 U.S.C.), Treasury Regulations, Section 301.7602-1, (26 C.F.R.)

Subsections 301.7602-1 and 301.7603-1(b), and IRS Delegation Order No. 25-1.

    3.     As a Revenue Agent, my duties include the examination of federal income tax

returns and other information, excise, or specialty returns that have been filed or should have

been filed by individual and business taxpayers, including corporations, partnerships, and

fiduciaries, in order to assist the IRS in determining the taxpayer's correct tax liability. In cases where the required returns are not filed, I also assist the IRS in investigating whether such returns should have been filed and determining the taxpayer's correct tax liability.

*Background of the Examinations*

4.     In my capacity as a Revenue Agent, I have been assigned to conduct an examination of the federal tax liabilities of The Green Solution Retail, Inc., Green Solution, LLC, Green Earth Wellness, Inc., TGS Management, LLC, S-Type Armored, LLC, and IVXX Infuzionz, LLC (collectively, the "Green Solution Entities") for the taxable periods ended December 31, 2013 and December 31, 2014.

5.     On information and belief, IVXX Infuzionz, LLC and Infuzionz, LLC are names for the same entity.

6.     On August 21, 2015, I mailed a letter to The Green Solution Retail, Inc. inquiring into its federal tax obligations for the 2013 tax year. A true and correct copy of this letter is attached as Exhibit 1. Enclosed with the letter was Publication 1 ("Your Rights as a Taxpayer") and Notice 609 (Privacy Act Notice). I later told the taxpayers that the audit was expanded into the 2014 year.

7.     On October 19, 2015, I mailed letters to Green Solution, LLC, S-Type Armored, LLC, and IVXX Infuzionz, LLC inquiring into their federal tax obligations for the 2013 and 2014 tax years. True and correct copies of these letters are attached as Exhibits 2, 3, and 4, respectively. Enclosed with the letter was Publication 1 ("Your Rights as a Taxpayer") and Notice 609 (Privacy Act Notice). Though one of the initial letters for Green Solution, LLC and IVXX Infuzionz, LLC indicated that the 2013 and 2015 tax years are under audit, this was a

typographical error. The correct years are 2013 and 2014, which I have explained to the taxpayers.

8.      Also on October 19, 2015, I mailed a letter to TGS Management inquiring into its federal tax obligations for the period ended June 30, 2014. Enclosed with the letter was Publication 1 ("Your Rights as a Taxpayer") and Notice 609 (Privacy Act Notice). On July 28, 2016, I sent a second letter expanding the examination to include the period ended December 31, 2014. True and correct copies of these letters are attached as Exhibit 5.

9.      On February 5, 2016, I mailed a letter to Green Earth Wellness, Inc. inquiring into its federal tax obligations for the 2013 and 2014 tax years. A true and correct copy of this letter is attached as Exhibit 6. Enclosed with the letter was Publication 1 ("Your Rights as a Taxpayer") and Notice 609 (Privacy Act Notice).

10.      On information and belief, the Green Solution Entities are related businesses owned and operated by one or more of the following individuals: Nicholas Speidell, Kyle Speidell, and Eric Speidell.

11.      Based on websites that appear to be associated with the Green Solution Entities, the entities are engaged in the retail sale of marijuana and marijuana-related products in Colorado.

12.      For instance, the website "https://www.tgscolorado.com/" bills the Green Solution as "Colorado's #1 Marijuana Dispensary" and boasts 11 retail locations where marijuana and other marijuana-related products are sold in Colorado.

13.      Similarly, the website "http://www.infuzionzcolorado.com/" describes Infuzionz as "an award-winning marijuana infused products manufacturer located in Denver, CO."

14.     During the course of the examination, the IRS sent information document requests to the Green Solution Entities. To date, they have provided only a partial response to the requests.

15.     To date, the Green Solution Entities have not provided enough information to substantiate the figures shown on their tax returns.

16.     The Green Solution Entities have provided only minimal, incomplete bank statements and redacted copies of their accounting records. The Green Solution Entities have refused to provide product or sales information, or allow a tour of their growing facilities. Without this information, I have no way of verifying the accounting records, reconstructing income, or substantiating the tax returns at issue in the audit.

17.     The production made by the Green Solution Entities included only minimal, incomplete bank records.

18.     Banking records can help establish whether a business properly reported its income and deductions, including gross receipts and allowed deductions for cost of goods sold.

19.     I am seeking the summoned bank information to verify the Green Solution Entities' internal books and records and determine whether it substantiates (or undermines) the information reported on their tax returns.

20.     Without the cooperation of the Green Solution Entities to assess internal controls and business operations, I have been unable to determine the degree of care taken by these businesses to ensure the accuracy of their books and records. As noted above, the Green Solution Entities have refused to provide substantial information. They also operate in a cash-oriented business. Therefore, at this time I believe that these businesses may lack sufficient measures to ensure the accuracy of their internal financial information. This is another reason that I have

determined that I need to seek third party information about the Green Solution Entities to conduct an accurate audit.

*Bank Summonses*

21.     On July 19, 2016, in furtherance of the examination of the Green Solution Entities and in accordance with 26 U.S.C. § 7602, I issued five administrative summonses, IRS Form 2039, to Wells Fargo Bank, NA to appear on August 17, 2016, before the IRS to produce for examination books, records, papers, and other data as described in the IRS summonses, including account information, bank statements, cancelled checks, wire transfer authorizations, deposit slips, correspondence, and other banking documents for each of the Green Solution Entities. Alternate instructions for electronic production were also provided. True and correct copies of the original summonses are attached as Exhibit 7.

22.     Also on July 19, 2016, in furtherance of the examination of the Green Solution Entities and in accordance with 26 U.S.C. § 7602, I issued five administrative summonses, IRS Form 2039, to Verus Bank of Commerce to appear on August 17, 2016, before the IRS to produce for examination books, records, papers, and other data as described in the IRS summonses, including account information, bank statements, cancelled checks, wire transfer authorizations, deposit slips, correspondence, and other banking documents for each of the Green Solution Entities. Alternate instructions for electronic production were also provided. True and correct copies of the original summonses are attached as Exhibit 8.

23.     Also on July 19, 2016, in furtherance of the examination of the Green Solution Entities and in accordance with 26 U.S.C. § 7602, I issued an administrative summons, IRS Form 2039, to Partner Colorado Credit Union to appear on August 17, 2016, before the IRS to produce for examination books, records, papers, and other data as described in the IRS

summonses, including account information, bank statements, cancelled checks, wire transfer authorizations, deposit slips, correspondence, and other banking documents for TGS Management, LLC. Alternate instructions for electronic production were also provided. True and correct copies of the original summonses are attached as Exhibit 9.

24.     On July 19, 2016, I served the IRS summonses described in paragraphs 21, 22, and 23 on the banks to whom the summonses were directed, which I accomplished by certified mail. True and correct copies of the certificates of service with respect to the summonses are attached as Exhibit 10.

25.     On the same day that I served the summonses on the banks, I provided notice of the summonses to the Green Solution Entities via certified mail on their address and on their power of attorney. *See*, Exhibit 10. The notice to each entity included a copy of the applicable summons and explained its right to bring a proceeding to quash the summons.

26.     As of the date of this declaration, only Wells Fargo Bank, NA has produced the books, papers, records, and other data sought by the IRS summonses. Because of the petition to quash filed by the Green Solution Entities, those records have been secured pending the outcome of this proceeding, and I have not reviewed them.

27.     Apart from the quarantined records from Wells Fargo Bank, NA, the IRS does not already possess the books, papers, records, and other data sought by the summonses issued to the three banks identified above.

28.     The information requested in the bank summonses may be relevant to determine the correctness of the Green Solution Entities' federal tax returns and their correct federal tax liabilities.

29.     In issuing and serving the summonses on the banks identified above, I complied with the administrative steps required by the Internal Revenue Code.

30.     No Department of Justice referral, as defined by 26 U.S.C. § 7602(d), is in effect with respect to any of the Green Solution Entities for the tax periods under examination.

31.     No Department of Justice referral, as defined by 26 U.S.C. § 7602(d), is in effect with respect to any of Nicholas Speidell, Kyle Speidell, and Eric Speidell for the tax periods under examination.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 7, 2016.

*/s/ David J. Hewell*[1]
DAVID J. HEWELL
Revenue Agent
Internal Revenue Service

---

[1] Provided in accordance with D. Colo. ECF Procedures Rule 4.3(f).

# Hewell Declaration
# Exhibit 1

 **Department of the Treasury**
**Internal Revenue Service**
**Small Business and Self-Employed**
56 Inverness Dr East
MS 4161 DH
Englewood  CO  80112

**Date:**
August 21, 2015
**Taxpayer Identification Number:**

**Form:**
1120S
**Tax period(s):**
December 31, 2013

**Person to contact:**
David Hewell
**Contact telephone number:**
720-956-4103
**Contact fax number:**
888-765-1496
**Employee Identification number:**
08-98924

The Green Solution Retail Inc
700 17th Street Suite 2200
Denver  CO  80202

Dear  The Green Solution Retail Inc:

Your federal return for the period(s) shown above was selected for examination.

**What you need to do**
Please call me on or before August 31, 2015.  You may contact me from 8:00 - 4:30 at the
telephone number provided above.

During our telephone conversation, we'll talk about the items I'll be examining on your return, the types of
documents I'll ask you to provide, the examination process, and any concerns or questions you may have. We'll
also set the date, time, and agenda for our first meeting.

**Someone may represent you**
You may have someone represent you during any part of this examination. If you decide you want
representation, the representative you authorize will need a completed Form(s) 2848, *Power of Attorney and
Declaration of Representative,* before we can discuss any of your tax matters.

If you choose to have someone represent you, please provide a completed Form 2848 by our first appointment.
You can mail or fax the form to me or have your representative provide it at the first appointment, if you
won't be present. You can obtain Form 2848 from our office, from our web site, www.irs.gov or by calling
(800) 829-3676.

If you filed a joint return, you and your spouse may attend the examination. If you and/or your spouse choose
not to attend with your representative, you must provide completed Form(s) 2848. You should provide a
separate Form 2848 for each spouse if you filed jointly even if you use the same representative.

**Letter 2205 (Rev. 8-2012)**
Catalog Number 63744P

**Your rights as a taxpayer**

We have enclosed Publication 1, *Your Rights as a Taxpayer* and Notice 609, *Privacy Act Notice*. The Declaration of Taxpayer Rights found in Publication 1 discusses general rules and procedures we follow in examinations. It explains what happens before, during, and after an examination, and provides additional sources of information.

A video presentation, "Your Guide to an IRS Audit," is available at http://www.irsvideos.gov/audit. The video explains the examination process and will assist you in preparing for your audit.

Thank you for your cooperation and I look forward to hearing from you by August 31, 2015.

Sincerely,

David J. Hewell
Internal Revenue Agent

Enclosures:
Publication 1
Notice 609

# Hewell Declaration
# Exhibit 2



**Department of the Treasury**
**Internal Revenue Service**
**Small Business and Self-Employed**
56 Inverness Dr East
MS 4161 DH
Englewood CO  80112

Green Solution LLC
c/o Eric Speidell
700 17th St Suite 2200
Denver CO  80202

**Date:**
October 19, 2015
**Taxpayer Identification Number:**

**Form:**
1120S
**Tax period(s):**
December 31, 2013
June 30, 2015
**Person to contact:**
David Hewell
**Contact telephone number:**
720-956-4103
**Contact fax number:**
888-765-1496
**Employee identification number:**
08-98924

Dear Green Solution LLC:

Your federal return for the period(s) shown above was selected for examination.

**What you need to do**
Please call me on or before October 29, 2015.  You may contact me from 8:00 - 4:30 at the
telephone number provided above.

During our telephone conversation, we'll talk about the items I'll be examining on your return, the types of
documents I'll ask you to provide, the examination process, and any concerns or questions you may have. We'll
also set the date, time, and agenda for our first meeting.

**Someone may represent you**
You may have someone represent you during any part of this examination. If you decide you want
representation, the representative you authorize will need a completed Form(s) 2848, *Power of Attorney and
Declaration of Representative,* before we can discuss any of your tax matters.

If you choose to have someone represent you, please provide a completed Form 2848 by our first appointment.
You can mail or fax the form to me or have your representative provide it at the first appointment, if you
won't be present. You can obtain Form 2848 from our office, from our web site, www.irs.gov or by calling
(800) 829-3676.

If you filed a joint return, you and your spouse may attend the examination. If you and/or your spouse choose
not to attend with your representative, you must provide completed Form(s) 2848. You should provide a
separate Form 2848 for each spouse if you filed jointly even if you use the same representative.

**Letter 2205 (Rev. 8-2012)**
Catalog Number 63744P

**Your rights as a taxpayer**

We have enclosed Publication 1, *Your Rights as a Taxpayer* and Notice 609, *Privacy Act Notice*. The Declaration of Taxpayer Rights found in Publication 1 discusses general rules and procedures we follow in examinations. It explains what happens before, during, and after an examination, and provides additional sources of information.

A video presentation, "Your Guide to an IRS Audit," is available at http://www.irsvideos.gov/audit. The video explains the examination process and will assist you in preparing for your audit.

Thank you for your cooperation and I look forward to hearing from you by October 29, 2015.

Sincerely,

David J. Hewell
Internal Revenue Agent

Enclosures:
Publication 1 ✓
Notice 609 ✓

**Letter 2205 (Rev. 8-2012)**
Catalog Number 63744P



**Department of the Treasury**
**Internal Revenue Service**
**Small Business and Self-Employed**
56 Inverness Dr East
MS 4161 DH
Englewood  CO  80112

Green Solution LLC
c/o Eric Speidell
700 17th St Suite 2200
Denver CO  80202

**Date:**
October 19, 2015
**Taxpayer Identification Number:**

**Form:**
1120S
**Tax period(s):**
June 30, 2014

**Person to contact:**
David Hewell
**Contact telephone number:**
720-956-4103
**Contact fax number:**
888-765-1496
**Employee identification number:**
08-98924

Dear  Green Solution LLC:

Your federal return for the period(s) shown above was selected for examination.

**What you need to do**
Please call me on or before October 29, 2015.  You may contact me from 8:00 - 4:30 at the telephone number provided above.

During our telephone conversation, we'll talk about the items I'll be examining on your return, the types of documents I'll ask you to provide, the examination process, and any concerns or questions you may have. We'll also set the date, time, and agenda for our first meeting.

**Someone may represent you**
You may have someone represent you during any part of this examination. If you decide you want representation, the representative you authorize will need a completed Form(s) 2848, *Power of Attorney and Declaration of Representative,* before we can discuss any of your tax matters.

If you choose to have someone represent you, please provide a completed Form 2848 by our first appointment. You can mail or fax the form to me or have your representative provide it at the first appointment, if you won't be present. You can obtain Form 2848 from our office, from our web site, www.irs.gov or by calling (800) 829-3676.

If you filed a joint return, you and your spouse may attend the examination. If you and/or your spouse choose not to attend with your representative, you must provide completed Form(s) 2848. You should provide a separate Form 2848 for each spouse if you filed jointly even if you use the same representative.

**Letter 2205 (Rev. 8-2012)**
Catalog Number 63744P

**Your rights as a taxpayer**

We have enclosed Publication 1, *Your Rights as a Taxpayer* and Notice 609, *Privacy Act Notice*. The Declaration of Taxpayer Rights found in Publication 1 discusses general rules and procedures we follow in examinations. It explains what happens before, during, and after an examination, and provides additional sources of information.

A video presentation, "Your Guide to an IRS Audit," is available at http://www.irsvideos.gov/audit. The video explains the examination process and will assist you in preparing for your audit.

Thank you for your cooperation and I look forward to hearing from you by October 29, 2015.

Sincerely,

David J. Hewell
Internal Revenue Agent

Enclosures:
Publication 1
Notice 609

# Hewell Declaration
# Exhibit 3

**IRS**

**Department of the Treasury**
**Internal Revenue Service**
**Small Business and Self-Employed**
56 Inverness Dr East
MS 4161 DH
Englewood  CO  80112

**Date:**
October 19, 2015
**Taxpayer Identification Number:**

**Form:**
1065
**Tax period(s):**
December 31, 2013
June 30, 2014
**Person to contact:**
David Hewell
**Contact telephone number:**
720-956-4103
**Contact fax number:**
888-765-1496
**Employee Identification number:**
08-98924

S Type Armored LLC
c/o Beyond Worx Holdings LLC
700 17th St Suite 2200
Denver  CO  80202

Dear  S Type Armored LLC:

Your federal return for the period(s) shown above was selected for examination.

**What you need to do**
Please call me on or before October 29, 2015.  You may contact me from 8:00 - 4:30 at the
telephone number provided above.

During our telephone conversation, we'll talk about the items I'll be examining on your return, the types of
documents I'll ask you to provide, the examination process, and any concerns or questions you may have. We'll
also set the date, time, and agenda for our first meeting.

**Someone may represent you**
You may have someone represent you during any part of this examination. If you decide you want
representation, the representative you authorize will need a completed Form(s) 2848, *Power of Attorney and
Declaration of Representative,* before we can discuss any of your tax matters.

If you choose to have someone represent you, please provide a completed Form 2848 by our first appointment.
You can mail or fax the form to me or have your representative provide it at the first appointment, if you
won't be present. You can obtain Form 2848 from our office, from our web site, www.irs.gov or by calling
(800) 829-3676.

If you filed a joint return, you and your spouse may attend the examination. If you and/or your spouse choose
not to attend with your representative, you must provide completed Form(s) 2848. You should provide a
separate Form 2848 for each spouse if you filed jointly even if you use the same representative.

**Letter 2205 (Rev. 8-2012)**
Catalog Number 63744P

**Your rights as a taxpayer**

We have enclosed Publication 1, *Your Rights as a Taxpayer* and Notice 609, *Privacy Act Notice*. The Declaration of Taxpayer Rights found in Publication 1 discusses general rules and procedures we follow in examinations. It explains what happens before, during, and after an examination, and provides additional sources of information.

A video presentation, "Your Guide to an IRS Audit," is available at http://www.irsvideos.gov/audit. The video explains the examination process and will assist you in preparing for your audit.

Thank you for your cooperation and I look forward to hearing from you by October 29, 2015.

Sincerely,

David J. Hewell
Internal Revenue Agent

Enclosures:
Publication 1
Notice 609

Letter 2205 (Rev. 8-2012)
Catalog Number 63744P

# Hewell Declaration
# Exhibit 4



**Department of the Treasury**
**Internal Revenue Service**
**Small Business and Self-Employed**
56 Inverness Dr East
MS 4161 DH
Englewood  CO  80112

Infuzionz LLC
c/o Eric Speidell
700 17th St Suite 2200
Denver  CO  80202

**Date:**
  October 19, 2015
**Taxpayer Identification Number:**

**Form:**
  1065
**Tax period(s):**
  December 31, 2013
  June 30, 2015
**Person to contact:**
  David Hewell
**Contact telephone number:**
  720-956-4103
**Contact fax number:**
  888-765-1496
**Employee Identification number:**
  08-98924

Dear  Infuzionz LLC:

Your federal return for the period(s) shown above was selected for examination.

**What you need to do**
Please call me on or before October 29, 2015.  You may contact me from 8:00 - 4:30 at the telephone number provided above.

During our telephone conversation, we'll talk about the items I'll be examining on your return, the types of documents I'll ask you to provide, the examination process, and any concerns or questions you may have. We'll also set the date, time, and agenda for our first meeting.

**Someone may represent you**
You may have someone represent you during any part of this examination. If you decide you want representation, the representative you authorize will need a completed Form(s) 2848, *Power of Attorney and Declaration of Representative,* before we can discuss any of your tax matters.

If you choose to have someone represent you, please provide a completed Form 2848 by our first appointment. You can mail or fax the form to me or have your representative provide it at the first appointment, if you won't be present. You can obtain Form 2848 from our office, from our web site, www.irs.gov or by calling (800) 829-3676.

If you filed a joint return, you and your spouse may attend the examination. If you and/or your spouse choose not to attend with your representative, you must provide completed Form(s) 2848. You should provide a separate Form 2848 for each spouse if you filed jointly even if you use the same representative.

**Letter 2205 (Rev. 8-2012)**
Catalog Number 63744P

**Your rights as a taxpayer**
We have enclosed Publication 1, *Your Rights as a Taxpayer* and Notice 609, *Privacy Act Notice*. The Declaration of Taxpayer Rights found in Publication 1 discusses general rules and procedures we follow in examinations. It explains what happens before, during, and after an examination, and provides additional sources of information.

A video presentation, "Your Guide to an IRS Audit," is available at http://www.irsvideos.gov/audit. The video explains the examination process and will assist you in preparing for your audit.

Thank you for your cooperation and I look forward to hearing from you by October 29, 2015.

Sincerely,

David J. Hewell
Internal Revenue Agent

Enclosures:
Publication 1
Notice 609

**Letter 2205 (Rev. 8-2012)**
Catalog Number 63744P

 **Department of the Treasury**
**Internal Revenue Service**
**Small Business and Self-Employed**
56 Inverness Dr East
MS 4161 DH
Englewood  CO  80112

**Date:**
  October 19, 2015
**Taxpayer Identification Number:**

**Form:**
  1065
**Tax period(s):**
  June 30, 2014

**Person to contact:**
  David Hewell
**Contact telephone number:**
  720-956-4103
**Contact fax number:**
  888-765-1496
**Employee identification number:**
  08-98924

Infuzionz LLC
c/o Eric Speidell
700 17th St Suite 2200
Denver  CO  80202

Dear  Infuzionz LLC:

Your federal return for the period(s) shown above was selected for examination.

**What you need to do**
Please call me on or before October 29, 2015.  You may contact me from 8:00 - 4:30 at the telephone number provided above.

During our telephone conversation, we'll talk about the items I'll be examining on your return, the types of documents I'll ask you to provide, the examination process, and any concerns or questions you may have. We'll also set the date, time, and agenda for our first meeting.

**Someone may represent you**
You may have someone represent you during any part of this examination. If you decide you want representation, the representative you authorize will need a completed Form(s) 2848, *Power of Attorney and Declaration of Representative,* before we can discuss any of your tax matters.

If you choose to have someone represent you, please provide a completed Form 2848 by our first appointment. You can mail or fax the form to me or have your representative provide it at the first appointment, if you won't be present. You can obtain Form 2848 from our office, from our web site, www.irs.gov or by calling (800) 829-3676.

If you filed a joint return, you and your spouse may attend the examination. If you and/or your spouse choose not to attend with your representative, you must provide completed Form(s) 2848. You should provide a separate Form 2848 for each spouse if you filed jointly even if you use the same representative.

**Letter 2205 (Rev. 8-2012)**
Catalog Number 63744P

**Your rights as a taxpayer**
We have enclosed Publication 1, *Your Rights as a Taxpayer* and Notice 609, *Privacy Act Notice*. The Declaration of Taxpayer Rights found in Publication 1 discusses general rules and procedures we follow in examinations. It explains what happens before, during, and after an examination, and provides additional sources of information.

A video presentation, "Your Guide to an IRS Audit," is available at http://www.irsvideos.gov/audit. The video explains the examination process and will assist you in preparing for your audit.

Thank you for your cooperation and I look forward to hearing from you by October 29, 2015.

Sincerely,

David J. Hewell
Internal Revenue Agent

Enclosures:
Publication 1
Notice 609

# Hewell Declaration
# Exhibit 5

14391304.1

 **Department of the Treasury
Internal Revenue Service
Small Business and Self-Employed**
56 Inverness Dr East
MS 4161 DH
Englewood  CO  80112

TGS Management
c/o Eric Speidell
700 17th St Suite 2200
Denver  CO  80202

**Date:**
October 19, 2015
**Taxpayer Identification Number:**

**Form:**
1065
**Tax period(s):**
June 30, 2014

**Person to contact:**
David Hewell
**Contact telephone number:**
720-956-4103
**Contact fax number:**
888-765-1496
**Employee Identification number:**
08-98924

Dear TGS Management:

Your federal return for the period(s) shown above was selected for examination.

**What you need to do**
Please call me on or before October 29, 2015.  You may contact me from 8:00 - 4:30 at the telephone number provided above.

During our telephone conversation, we'll talk about the items I'll be examining on your return, the types of documents I'll ask you to provide, the examination process, and any concerns or questions you may have. We'll also set the date, time, and agenda for our first meeting.

**Someone may represent you**
You may have someone represent you during any part of this examination. If you decide you want representation, the representative you authorize will need a completed Form(s) 2848, *Power of Attorney and Declaration of Representative,* before we can discuss any of your tax matters.

If you choose to have someone represent you, please provide a completed Form 2848 by our first appointment. You can mail or fax the form to me or have your representative provide it at the first appointment, if you won't be present. You can obtain Form 2848 from our office, from our web site, www.irs.gov or by calling (800) 829-3676.

If you filed a joint return, you and your spouse may attend the examination. If you and/or your spouse choose not to attend with your representative, you must provide completed Form(s) 2848. You should provide a separate Form 2848 for each spouse if you filed jointly even if you use the same representative.

**Letter 2205 (Rev. 8-2012)**
Catalog Number 63744P

**Your rights as a taxpayer**
We have enclosed Publication 1, *Your Rights as a Taxpayer* and Notice 609, *Privacy Act Notice*. The Declaration of Taxpayer Rights found in Publication 1 discusses general rules and procedures we follow in examinations. It explains what happens before, during, and after an examination, and provides additional sources of information.

A video presentation, "Your Guide to an IRS Audit," is available at http://www.irsvideos.gov/audit. The video explains the examination process and will assist you in preparing for your audit.

Thank you for your cooperation and I look forward to hearing from you by October 29, 2015.

Sincerely,

David J. Hewell
Internal Revenue Agent

Enclosures:
Publication 1
Notice 609

Letter 2205 (Rev. 8-2012)
Catalog Number 63744P



**Department of the Treasury**
**Internal Revenue Service**
**Small Business and Self-Employed**
56 Inverness Dr East
MS 4161 DH
Englewood  CO  80112

**Date:**
July 28, 2016
**Taxpayer Identification Number:**

**Form:**
1065
**Tax period(s):**
December 31, 2014

TGS Management
c/o Eric Speidell
700 17th St Suite 2200
Denver  CO  80202

**Person to contact:**
David Hewell
**Contact telephone number:**
720-956-4103
**Contact fax number:**
888-765-1496
**Employee identification number:**
08-98924

Dear TGS Management:

Your federal return for the period(s) shown above was selected for examination.

**What you need to do**
Please call me on or before August 5, 2016.  You may contact me from 8:00 - 4:30 at the telephone number provided above.

During our telephone conversation, we'll talk about the items I'll be examining on your return, the types of documents I'll ask you to provide, the examination process, and any concerns or questions you may have. We'll also set the date, time, and agenda for our first meeting.

**Someone may represent you**
You may have someone represent you during any part of this examination. If you decide you want representation, the representative you authorize will need a completed Form(s) 2848, *Power of Attorney and Declaration of Representative,* before we can discuss any of your tax matters.

If you choose to have someone represent you, please provide a completed Form 2848 by our first appointment. You can mail or fax the form to me or have your representative provide it at the first appointment, if you won't be present. You can obtain Form 2848 from our office, from our web site, www.irs.gov or by calling (800) 829-3676.

If you filed a joint return, you and your spouse may attend the examination. If you and/or your spouse choose not to attend with your representative, you must provide completed Form(s) 2848. You should provide a separate Form 2848 for each spouse if you filed jointly even if you use the same representative.

**Letter 2205 (Rev. 8-2012)**
Catalog Number 63744P

**Your rights as a taxpayer**

We have enclosed Publication 1, *Your Rights as a Taxpayer* and Notice 609, *Privacy Act Notice*. The Declaration of Taxpayer Rights found in Publication 1 discusses general rules and procedures we follow in examinations. It explains what happens before, during, and after an examination, and provides additional sources of information.

A video presentation, "Your Guide to an IRS Audit," is available at http://www.irsvideos.gov/audit. The video explains the examination process and will assist you in preparing for your audit.

Thank you for your cooperation and I look forward to hearing from you by August 5, 2016.

Sincerely,

David J. Hewell
Internal Revenue Agent

Enclosures:
Publication 1
Notice 609

Hewell Declaration
Exhibit 6

14391304.1



**Department of the Treasury**
**Internal Revenue Service**
**Small Business and Self-Employed**
56 Inverness Dr East
MS 4161 DH
Englewood CO 80112

**Date:**
February 5, 2016
**Taxpayer Identification Number:**

**Form:**
1065
**Tax period(s):**
June 30, 2014
December 31, 2013
**Person to contact:**
David Hewell
**Contact telephone number:**
720-956-4103
**Contact fax number:**
888-765-1496
**Employee identification number:**
08-98924

Green Earth Wellness, Inc
c/o Eric Speidell
700 17th St Suite 2200
Denver CO 80202

Dear Green Earth Wellness, Inc:

Your federal return for the period(s) shown above was selected for examination.

**What you need to do**
Please call me on or before February 19, 2016. You may contact me from 8:00 - 4:30 at the
telephone number provided above.

During our telephone conversation, we'll talk about the items I'll be examining on your return, the types of
documents I'll ask you to provide, the examination process, and any concerns or questions you may have. We'll
also set the date, time, and agenda for our first meeting.

**Someone may represent you**
You may have someone represent you during any part of this examination. If you decide you want
representation, the representative you authorize will need a completed Form(s) 2848, *Power of Attorney and
Declaration of Representative,* before we can discuss any of your tax matters.

If you choose to have someone represent you, please provide a completed Form 2848 by our first appointment.
You can mail or fax the form to me or have your representative provide it at the first appointment, if you
won't be present. You can obtain Form 2848 from our office, from our web site, www.irs.gov or by calling
(800) 829-3676.

If you filed a joint return, you and your spouse may attend the examination. If you and/or your spouse choose
not to attend with your representative, you must provide completed Form(s) 2848. You should provide a
separate Form 2848 for each spouse if you filed jointly even if you use the same representative.

**Letter 2205 (Rev. 8-2012)**
Catalog Number 63744P

**Your rights as a taxpayer**
We have enclosed Publication 1, *Your Rights as a Taxpayer* and Notice 609, *Privacy Act Notice*. The Declaration of Taxpayer Rights found in Publication 1 discusses general rules and procedures we follow in examinations. It explains what happens before, during, and after an examination, and provides additional sources of information.

A video presentation, "Your Guide to an IRS Audit," is available at http://www.irsvideos.gov/audit. The video explains the examination process and will assist you in preparing for your audit.

Thank you for your cooperation and I look forward to hearing from you by February 19, 2016.

Sincerely,

David J. Hewell
Internal Revenue Agent

Enclosures:
Publication 1
Notice 609
F4564

Letter 2205 (Rev. 8-2012)
Catalog Number 63744P

# Hewell Declaration
# Exhibit 7

14391304.1



# Summons

In the matter of  TGS Management
Internal Revenue Service (Division):  Small Business / Self Employed
Industry/Area (name or number):  Western Area Examination
Periods:  January 1st, 2014 through December 31, 2014

### The Commissioner of Internal Revenue

**To:**  Wells Fargo Bank NA

**At:**  Attn: Legal Order Processing, MAC S3928-020, P.O. Box 29728, Phoenix, Arizona 85038

You are hereby summoned and required to appear before  David Hewell
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

In the matter of TGS Management, please provide:

See Attachment

In lieu of hard copies, documents can be provided in electronic format such as a CD or flash drive.
This information may be mailed in lieu of the appearance requirement.

Contact Revenue Agent David Hewell at the telephone number below BEFORE complying with this summons.

---

**Do not write in this space**

---

**Business address and telephone number of IRS officer before whom you are to appear:**
IRS - MS 4161 DH, 56 Inverness Drive East, Englewood, CO 80112   Telephone: 720-956-4103

**Place and time for appearance at**  IRS - MS 4161 DH, 56 Inverness Drive East, Englewood, CO 80112

**IRS**

Department of the Treasury
**Internal Revenue Service**

**www.irs.gov**

Form 2039 (Rev. 10-2010)
Catalog Number 21405J

on the ___17___ day of ___August___, ___2016___ at __8:00__ o'clock __a__ m.
                                                        *(year)*
Issued under authority of the Internal Revenue Code this __19__ day of ___July___, ___2016___.
                                                              *(year)*                          *(year)*

_____
Signature of issuing officer

_____
Signature of approving officer *(if applicable)*

Revenue Agent   08-98924
_____
Title

Group Manager
_____
Title

**Part C** — to be given to noticee

Attachment to Form 2039
SUMMONS

In the matter of TGS Management, taxpayer identification number _____ and address of 700 17th Street Suite 2200, Denver, CO 80202, please provide:

1. All bank records in your possession or control for January 1st, 2014 through December 31st, 2014 relating to all accounts in the name of and/or under signature authority or other authority either directly, indirectly or through nominees, agents, power of attorney, letter of direction or any device whatsoever, or control of, or for the benefit of, TGS Management, including, but not limited to:

      a. Account signature cards
      b. Account applications
      c. Bank statements
      d. Cancelled checks (both sides)
      e. Credit and debit memos and advices
      f. Wire transfer authorizations
      g. Deposit slips and deposited items
      h. Cashiers checks
      i. Money orders
      j. Safe deposit box rental agreements
      k. Safe deposit box entry cards and visitation ledgers
      l. All Correspondence

1



# Summons

In the matter of  S-Type Armored LLC

Internal Revenue Service (Division):  Small Business / Self Employed

Industry/Area (name or number):  Western Area Examination

Periods: January 1st, 2013 through December 31, 2014

## The Commissioner of Internal Revenue

**To:**  Wells Fargo Bank NA

**At:**  Attn: Legal Order Processing, MAC S3928-020, P.O. Box 29728, Phoenix, Arizona 85038

You are hereby summoned and required to appear before  David Hewell
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

In the matter of S-Type Armored LLC, please provide:

See Attachment

In lieu of hard copies, documents can be provided in electronic format such as a CD or flash drive.
This information may be mailed in lieu of the appearance requirement.

Contact Revenue Agent David Hewell at the telephone number below BEFORE complying with this summons.

## Do not write in this space

**Business address and telephone number of IRS officer before whom you are to appear:**

IRS - MS 4161 DH, 56 Inverness Drive East, Englewood, CO 80112   Telephone: 720-956-4103

**Place and time for appearance at**  IRS - MS 4161 DH, 56 Inverness Drive East, Englewood, CO 80112

## IRS

Department of the Treasury
**Internal Revenue Service**

**www.irs.gov**

Form 2039 (Rev. 10-2010)
Catalog Number 21405J

on the _____17_____ day of _____August_____, _____2016_____ at _____8:00_____ o'clock _____a_____ m.
                                                              *(year)*

Issued under authority of the Internal Revenue Code this _____19_____ day of _____July_____, _____2016_____.
                                                                 *(year)*                                    *(year)*

_____
Signature of issuing officer

_____
Signature of approving officer *(if applicable)*

Revenue Agent   08-98924
_____
Title

Group Manager
_____
Title

**Part C — to be given to noticee**

Attachment to Form 2039
SUMMONS

In the matter of S-Type Armored LLC, taxpayer identification number ▨▨▨▨ and address of 700 17th Street Suite 2200, Denver, CO 80202, please provide:

1.  All bank records in your possession or control for January 1st, 2013 through December 31st, 2014 relating to all accounts in the name of and/or under signature authority or other authority either directly, indirectly or through nominees, agents, power of attorney, letter of direction or any device whatsoever, or control of, or for the benefit of, S-Type Armored LLC, including, but not limited to:

> a. Account signature cards
> b. Account applications
> c. Bank statements
> d. Cancelled checks (both sides)
> e. Credit and debit memos and advices
> f. Wire transfer authorizations
> g. Deposit slips and deposited items
> h. Cashiers checks
> i. Money orders
> j. Safe deposit box rental agreements
> k. Safe deposit box entry cards and visitation ledgers
> l. All Correspondence

1



# Summons

In the matter of  IVXX Infuzionz LLC

Internal Revenue Service (Division):  Small Business / Self Employed

Industry/Area (name or number):  Western Area Examination

Periods:  January 1st, 2013 through December 31, 2014

## The Commissioner of Internal Revenue

**To:**  Wells Fargo Bank NA

**At:**  Attn: Legal Order Processing, MAC S3928-020, P.O. Box 29728, Phoenix, Arizona 85038

You are hereby summoned and required to appear before   David Hewell
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

In the matter of Infuzionz LLC, please provide:

See Attachment

In lieu of hard copies, documents can be provided in electronic format such as a CD or flash drive.
This information may be mailed in lieu of the appearance requirement.

Contact Revenue Agent David Hewell at the telephone number below BEFORE complying with this summons.

---

**Do not write in this space**

---

**Business address and telephone number of IRS officer before whom you are to appear:**

IRS - MS 4161 DH, 56 Inverness Drive East, Englewood, CO 80112   Telephone: 720-956-4103

**Place and time for appearance at**  IRS - MS 4161 DH, 56 Inverness Drive East, Englewood, CO 80112

## IRS

on the ___17___ day of ___August___, ___2016___ at ___8:00___ o'clock ___a___ m.

Issued under authority of the Internal Revenue Code this ___19___ *(year)* day of ___July___, ___2016___ *(year)*.

Department of the Treasury
Internal Revenue Service

**www.irs.gov**

Form 2039 (Rev. 10-2010)
Catalog Number 21405J

Signature of issuing officer

*Jo Ellen John*
Signature of approving officer *(if applicable)*

Revenue Agent   08-98924
                        Title

Group Manager
                        Title

**Part C —** to be given to noticee

Attachment to Form 2039
SUMMONS

In the matter of Infuzionz LLC, taxpayer identification number ⬛⬛⬛⬛⬛⬛ please provide:

1.  All bank records in your possession or control for January 1st, 2013 through December 31st, 2014 relating to all accounts in the name of and/or under signature authority or other authority either directly, indirectly or through nominees, agents, power of attorney, letter of direction or any device whatsoever, or control of, or for the benefit of, Infuzionz LLC, including, but not limited to:

> a. Account signature cards
> b. Account applications
> c. Bank statements
> d. Cancelled checks (both sides)
> e. Credit and debit memos and advices
> f. Wire transfer authorizations
> g. Deposit slips and deposited items
> h. Cashiers checks
> i. Money orders
> j. Safe deposit box rental agreements
> k. Safe deposit box entry cards and visitation ledgers
> l. All Correspondence



# Summons

In the matter of  Green Solution LLC

Internal Revenue Service (Division):  Small Business / Self Employed

Industry/Area (name or number):  Western Area Examination

Periods: January 1st, 2013 through December 31, 2014

## The Commissioner of Internal Revenue

**To:** Wells Fargo Bank NA

**At:** Attn: Legal Order Processing, MAC S3928-020, P.O. Box 29728, Phoenix, Arizona 85038

You are hereby summoned and required to appear before  David Hewell
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

In the matter of Green Solution LLC, please provide:

See Attachment

In lieu of hard copies, documents can be provided in electronic format such as a CD or flash drive.
This information may be mailed in lieu of the appearance requirement.

Contact Revenue Agent David Hewell at the telephone number below BEFORE complying with this summons.

**Do not write in this space**

**Business address and telephone number of IRS officer before whom you are to appear:**

IRS - MS 4161 DH, 56 Inverness Drive East, Englewood, CO 80112   Telephone: 720-956-4103

**Place and time for appearance at** IRS - MS 4161 DH, 56 Inverness Drive East, Englewood, CO 80112

# IRS

Department of the Treasury
**Internal Revenue Service**

**www.irs.gov**

Form 2039 (Rev. 10-2010)
Catalog Number 21405J

on the ___17___ day of ___August___, ___2016___ at ___8:00___ o'clock ___a___ m.
                                                                        *(year)*

**Issued under authority of the Internal Revenue Code this** ___19___ **day of** ___July___, ___2016___.
                                                                *(year)*                      *(year)*

_____Signature of issuing officer_____

_____Signature of approving officer (if applicable)_____

Revenue Agent   08-98924
                                    Title

Group Manager
                                    Title

**Part C —** to be given to noticee

Attachment to Form 2039
SUMMONS

In the matter of Green Solution LLC, taxpayer identification number [REDACTED] and address of 700 17th Street Suite 2200, Denver, CO 80202, please provide:

1.  All bank records in your possession or control for January 1st, 2013 through December 31st, 2014 relating to all accounts in the name of and/or under signature authority or other authority either directly, indirectly or through nominees, agents, power of attorney, letter of direction or any device whatsoever, or control of, or for the benefit of, Green Solution LLC, including, but not limited to:

    a. Account signature cards
    b. Account applications
    c. Bank statements
    d. Cancelled checks (both sides)
    e. Credit and debit memos and advices
    f. Wire transfer authorizations
    g. Deposit slips and deposited items
    h. Cashiers checks
    i. Money orders
    j. Safe deposit box rental agreements
    k. Safe deposit box entry cards and visitation ledgers
    l. All Correspondence



# Summons

In the matter of  Green Earth Wellness

Internal Revenue Service (Division):  Small Business / Self Employed

Industry/Area (name or number):  Western Area Examination

Periods:  January 1st, 2013 through December 31, 2014

## The Commissioner of Internal Revenue

**To:** Wells Fargo Bank NA

**At:** Attn: Legal Order Processing, MAC S3928-020, P.O. Box 29728, Phoenix, Arizona 85038

You are hereby summoned and required to appear before  David Hewell
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

In the matter of Green Earth Wellness, please provide:

See Attachment

In lieu of hard copies, documents can be provided in electronic format such as a CD or flash drive.
This information may be mailed in lieu of the appearance requirement.

Contact Revenue Agent David Hewell at the telephone number below BEFORE complying with this summons.

---

**Do not write in this space**

---

**Business address and telephone number of IRS officer before whom you are to appear:**

IRS - MS 4161 DH, 56 Inverness Drive East, Englewood, CO 80112   Telephone: 720-956-4103

**Place and time for appearance at**  IRS - MS 4161 DH, 56 Inverness Drive East, Englewood, CO 80112

**IRS**

**Department of the Treasury
Internal Revenue Service**

**www.irs.gov**

Form 2039 (Rev. 10-2010)
Catalog Number 21405J

on the ____17____ day of ____August____, ____2016____ at ___8:00___ o'clock __a__ m.

**Issued under authority of the Internal Revenue Code this** __19__ day of ____July____, ____2016____
                                                                                      *(year)*

_Signature of issuing officer_                    Revenue Agent   08-98924
                                                  Title

_Signature of approving officer (if applicable)_  Group Manager
                                                  Title

Part C  —  to be given to noticee

Attachment to Form 2039
SUMMONS

In the matter of Green Earth Wellness, taxpayer identification number [redacted] and address 700 17th Street Suite 2200, Denver, CO 80202, please provide:

1.  All bank records in your possession or control for January 1st, 2013 through December 31st, 2014 relating to all accounts in the name of and/or under signature authority or other authority either directly, indirectly or through nominees, agents, power of attorney, letter of direction or any device whatsoever, or control of, or for the benefit of, Green Earth Wellness, including, but not limited to:

    a. Account signature cards
    b. Account applications
    c. Bank statements
    d. Cancelled checks (both sides)
    e. Credit and debit memos and advices
    f. Wire transfer authorizations
    g. Deposit slips and deposited items
    h. Cashiers checks
    i. Money orders
    j. Safe deposit box rental agreements
    k. Safe deposit box entry cards and visitation ledgers
    l. All Correspondence

# Hewell Declaration
# Exhibit 8

14391304.1



# Summons

In the matter of  Green Earth Wellness
Internal Revenue Service (Division):  Small Business / Self Employed
Industry/Area (name or number):  Western Area Examination
Periods: January 1st, 2013 through December 31, 2014

## The Commissioner of Internal Revenue

To: Verus Bank of Commerce

At: Attn: Summons Processing, 3700 S College Ave, Unit 102, Fort Collins, CO 80525

You are hereby summoned and required to appear before  David Hewell
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

In the matter of Green Earth Wellness, please provide:

See Attachment

In lieu of hard copies, documents can be provided in electronic format such as a CD or flash drive.
This information may be mailed in lieu of the appearance requirement.

Contact Revenue Agent David Hewell at the telephone number below BEFORE complying with this summons.

---

**Do not write in this space**

---

**Business address and telephone number of IRS officer before whom you are to appear:**
IRS - MS 4161 DH, 56 Inverness Drive East, Englewood, CO 80112   Telephone: 720-956-4103

**Place and time for appearance at** IRS - MS 4161 DH, 56 Inverness Drive East, Englewood, CO 80112

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|

on the  17  day of  August , 2016 *(year)*  at  8:00  o'clock  a  m.

Issued under authority of the Internal Revenue Code this  19  *(year)* day of  July , 2016 *(year)*

**IRS**
Department of the Treasury
**Internal Revenue Service**
**www.irs.gov**
Form 2039 (Rev. 10-2010)
Catalog Number 21405J

_____
Signature of issuing officer

_____
Signature of approving officer *(if applicable)*

Revenue Agent  08-98924
Title

Group Manager
Title

**Part C —** to be given to noticee

Attachment to Form 2039
SUMMONS

In the matter of Green Earth Wellness, taxpayer identification number ▊▊▊▊▊ and address 700 17th Street Suite 2200, Denver, CO 80202, please provide:

1.  All bank records in your possession or control for January 1st, 2013 through December 31st, 2014 relating to all accounts in the name of and/or under signature authority or other authority either directly, indirectly or through nominees, agents, power of attorney, letter of direction or any device whatsoever, or control of, or for the benefit of, Green Earth Wellness, including, but not limited to:

> a. Account signature cards
> b. Account applications
> c. Bank statements
> d. Cancelled checks (both sides)
> e. Credit and debit memos and advices
> f. Wire transfer authorizations
> g. Deposit slips and deposited items
> h. Cashiers checks
> i. Money orders
> j. Safe deposit box rental agreements
> k. Safe deposit box entry cards and visitation ledgers
> l. All Correspondence



# Summons

In the matter of __TGS Management__

Internal Revenue Service (Division): __Small Business / Self Employed__

Industry/Area (name or number): __Western Area Examination__

Periods: __January 1st, 2014 through December 31, 2014__

## The Commissioner of Internal Revenue

**To:** Verus Bank of Commerce

**At:** Attn: Summons Processing, 3700 S College Ave, Unit 102, Fort Collins, CO 80525

You are hereby summoned and required to appear before __David Hewell__ an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

In the matter of TGS Management, please provide:

See Attachment

In lieu of hard copies, documents can be provided in electronic format such as a CD or flash drive.
This information may be mailed in lieu of the appearance requirement.

Contact Revenue Agent David Hewell at the telephone number below BEFORE complying with this summons.

---

**Do not write in this space**

---

**Business address and telephone number of IRS officer before whom you are to appear:**

IRS - MS 4161 DH, 56 Inverness Drive East, Englewood, CO 80112   Telephone: 720-956-4103

**Place and time for appearance at** __IRS - MS 4161 DH, 56 Inverness Drive East, Englewood, CO 80112__

**IRS**

Department of the Treasury
**Internal Revenue Service**

**www.irs.gov**

Form 2039 (Rev. 10-2010)
Catalog Number 21405J

on the ___17___ day of ___August___, ___2016___ at ___8:00___ o'clock ___a___ m.

Issued under authority of the Internal Revenue Code this ___19___ day of ___July___, ___2016___.

_(Signature of issuing officer)_

_(Signature of approving officer (if applicable))_

Revenue Agent   08-98924
Title

Group Manager
Title

**Part C** — to be given to noticee

Attachment to Form 2039
SUMMONS

In the matter of TGS Management, taxpayer identification number _____ and address of 700 17th
Street Suite 2200, Denver, CO 80202, please provide:

1.  All bank records in your possession or control for January 1st, 2014 through December 31st, 2014
    relating to all accounts in the name of and/or under signature authority or other authority either
    directly, indirectly or through nominees, agents, power of attorney, letter of direction or any device
    whatsoever, or control of, or for the benefit of, TGS Management, including, but not limited to:

    a. Account signature cards
    b. Account applications
    c. Bank statements
    d. Cancelled checks (both sides)
    e. Credit and debit memos and advices
    f. Wire transfer authorizations
    g. Deposit slips and deposited items
    h. Cashiers checks
    i. Money orders
    j. Safe deposit box rental agreements
    k. Safe deposit box entry cards and visitation ledgers
    l. All Correspondence

1



# Summons

In the matter of  Green Solution LLC

Internal Revenue Service (Division):  Small Business / Self Employed

Industry/Area (name or number):  Western Area Examination

Periods:  January 1st, 2013 through December 31, 2014

### The Commissioner of Internal Revenue

**To:**  Verus Bank of Commerce

**At:**  Attn: Summons Processing, 3700 S College Ave, Unit 102, Fort Collins, CO 80525

You are hereby summoned and required to appear before  David Hewell
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

In the matter of Green Solution LLC, please provide:

See Attachment

In lieu of hard copies, documents can be provided in electronic format such as a CD or flash drive.
This information may be mailed in lieu of the appearance requirement.

Contact Revenue Agent David Hewell at the telephone number below BEFORE complying with this summons.

---

**Do not write in this space**

---

**Business address and telephone number of IRS officer before whom you are to appear:**

IRS - MS 4161 DH, 56 Inverness Drive East, Englewood, CO 80112   Telephone: 720-956-4103

**Place and time for appearance at**  IRS - MS 4161 DH, 56 Inverness Drive East, Englewood, CO 80112

# IRS

**Department of the Treasury
Internal Revenue Service**

**www.irs.gov**

Form 2039 (Rev. 10-2010)
Catalog Number 21405J

on the ___17___ day of ___August___ , ___2016___ at __8:00__ o'clock __a__ m.

Issued under authority of the Internal Revenue Code this __19__ *(year)* day of ___July___ , ___2016___ .
*(year)*

Signature of issuing officer

Signature of approving officer *(if applicable)*

Revenue Agent   08-98924
Title

Group Manager
Title

**Part C — to be given to noticee**

Attachment to Form 2039
SUMMONS

In the matter of Green Solution LLC, taxpayer identification number        and address of 700 17th Street Suite 2200, Denver, CO 80202, please provide:

1. All bank records in your possession or control for January 1st, 2013 through December 31st, 2014 relating to all accounts in the name of and/or under signature authority or other authority either directly, indirectly or through nominees, agents, power of attorney, letter of direction or any device whatsoever, or control of, or for the benefit of, Green Solution LLC, including, but not limited to:

       a. Account signature cards
       b. Account applications
       c. Bank statements
       d. Cancelled checks (both sides)
       e. Credit and debit memos and advices
       f. Wire transfer authorizations
       g. Deposit slips and deposited items
       h. Cashiers checks
       i. Money orders
       j. Safe deposit box rental agreements
       k. Safe deposit box entry cards and visitation ledgers
       l. All Correspondence



# Summons

In the matter of  S-Type Armored LLC

Internal Revenue Service (Division):  Small Business / Self Employed

Industry/Area (name or number):  Western Area Examination

Periods:  January 1st, 2013 through December 31, 2014

## The Commissioner of Internal Revenue

**To:**  Verus Bank of Commerce

**At:**  Attn: Summons Processing, 3700 S College Ave, Unit 102, Fort Collins, CO 80525

You are hereby summoned and required to appear before  David Hewell
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

In the matter of S-Type Armored LLC, please provide:

See Attachment

In lieu of hard copies, documents can be provided in electronic format such as a CD or flash drive.
This information may be mailed in lieu of the appearance requirement.

Contact Revenue Agent David Hewell at the telephone number below BEFORE complying with this summons.

---

**Do not write in this space**

---

**Business address and telephone number of IRS officer before whom you are to appear:**

IRS - MS 4161 DH, 56 Inverness Drive East, Englewood, CO 80112   Telephone: 720-956-4103

**Place and time for appearance at**  IRS - MS 4161 DH, 56 Inverness Drive East, Englewood, CO 80112

**IRS**

**Department of the Treasury
Internal Revenue Service**

**www.irs.gov**

Form 2039 (Rev. 10-2010)
Catalog Number 21405J

on the ___17___ day of ___August___, ___2016___ at ___8:00___ o'clock ___a___ m.
                                                           *(year)*

Issued under authority of the Internal Revenue Code this ___19___ day of ___July___, ___2016___,
                                                              *(year)*                                *(year)*

_Signature of issuing officer_

_Signature of approving officer (if applicable)_

Revenue Agent   08-98924
                          Title

Group Manager
                          Title

**Part C — to be given to noticee**

Attachment to Form 2039
SUMMONS

In the matter of S-Type Armored LLC, taxpayer identification number [REDACTED] and address of 700 17th Street Suite 2200, Denver, CO 80202, please provide:

1. All bank records in your possession or control for January 1st, 2013 through December 31st, 2014 relating to all accounts in the name of and/or under signature authority or other authority either directly, indirectly or through nominees, agents, power of attorney, letter of direction or any device whatsoever, or control of, or for the benefit of, S-Type Armored LLC, including, but not limited to:

      a. Account signature cards
      b. Account applications
      c. Bank statements
      d. Cancelled checks (both sides)
      e. Credit and debit memos and advices
      f. Wire transfer authorizations
      g. Deposit slips and deposited items
      h. Cashiers checks
      i. Money orders
      j. Safe deposit box rental agreements
      k. Safe deposit box entry cards and visitation ledgers
      l. All Correspondence



# Summons

In the matter of   IVXX Infuzionz LLC

Internal Revenue Service (Division):   Small Business / Self Employed

Industry/Area (name or number):   Western Area Examination

Periods: January 1st, 2013 through December 31, 2014

## The Commissioner of Internal Revenue

**To:** Verus Bank of Commerce

**At:** Attn: Summons Processing, 3700 S College Ave, Unit 102, Fort Collins, CO 80525

You are hereby summoned and required to appear before   David Hewell
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

In the matter of IVXX Infuzionz LLC, please provide:

See Attachment

In lieu of hard copies, documents can be provided in electronic format such as a CD or flash drive.
This information may be mailed in lieu of the appearance requirement.

Contact Revenue Agent David Hewell at the telephone number below BEFORE complying with this summons.

---

**Do not write in this space**

---

**Business address and telephone number of IRS officer before whom you are to appear:**

IRS - MS 4161 DH, 56 Inverness Drive East, Englewood, CO 80112   Telephone: 720-956-4103

**Place and time for appearance at** IRS - MS 4161 DH, 56 Inverness Drive East, Englewood, CO 80112

## IRS

on the ____17____ day of ___August___, __2016__ at __8:00__ o'clock __a__ m.
Issued under authority of the Internal Revenue Code this __19__ _(year)_ day of __July__, __2016__,
_(year)_

Department of the Treasury
**Internal Revenue Service**

**www.irs.gov**

Form 2039 (Rev. 10-2010)
Catalog Number 21405J

Signature of issuing officer

Signature of approving officer _(if applicable)_

Revenue Agent   08-98924

Title

Group Manager

Title

**Part C — to be given to noticee**

Attachment to Form 2039
SUMMONS

In the matter of Infuzionz LLC, taxpayer identification number _____ please provide:

1.  All bank records in your possession or control for January 1st, 2013 through December 31st, 2014
    relating to all accounts in the name of and/or under signature authority or other authority either
    directly, indirectly or through nominees, agents, power of attorney, letter of direction or any device
    whatsoever, or control of, or for the benefit of, Infuzionz LLC, including, but not limited to:

> a. Account signature cards
> b. Account applications
> c. Bank statements
> d. Cancelled checks (both sides)
> e. Credit and debit memos and advices
> f. Wire transfer authorizations
> g. Deposit slips and deposited items
> h. Cashiers checks
> i. Money orders
> j. Safe deposit box rental agreements
> k. Safe deposit box entry cards and visitation ledgers
> l. All Correspondence

# Hewell Declaration
# Exhibit 9



# Summons

In the matter of  TGS Management

Internal Revenue Service (Division):  Small Business / Self Employed

Industry/Area (name or number):  Western Area Examination

Periods:  January 1st, 2014 through December 31, 2014

## The Commissioner of Internal Revenue

**To:** Partner Colorado Credit Union

**At:** Attn: Special Services, 6221 Sheridan Blvd., Arvada, CO 80003

You are hereby summoned and required to appear before  David Hewell
an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

In the matter of TGS Management, please provide:

See Attachment

In lieu of hard copies, documents can be provided in electronic format such as a CD or flash drive.
This information may be mailed in lieu of the appearance requirement.

Contact Revenue Agent David Hewell at the telephone number below BEFORE complying with this summons.

---

**Do not write in this space**

---

**Business address and telephone number of IRS officer before whom you are to appear:**

IRS - MS 4161 DH, 56 Inverness Drive East, Englewood, CO 80112   Telephone: 720-956-4103

**Place and time for appearance at**  IRS - MS 4161 DH, 56 Inverness Drive East, Englewood, CO 80112

## IRS

Department of the Treasury
**Internal Revenue Service**

**www.irs.gov**

Form 2039 (Rev. 10-2010)
Catalog Number 21405J

on the ___17___ day of ___August___, ___2016___ at ___8:00___ o'clock ___a___ m.
*(year)*

Issued under authority of the Internal Revenue Code this ___19___ day of ___July___, ___2016___
*(year)*

_____
Signature of issuing officer

_____
Signature of approving officer *(if applicable)*

Revenue Agent   08-98924
_____
Title

Group Manager
_____
Title

**Part C —** to be given to noticee

Attachment to Form 2039
SUMMONS

In the matter of TGS Management, taxpayer identification number ⬚⬚⬚ and address of 700 17th Street Suite 2200, Denver, CO 80202, please provide:

1. All bank records in your possession or control for January 1st, 2014 through December 31st, 2014 relating to all accounts in the name of and/or under signature authority or other authority either directly, indirectly or through nominees, agents, power of attorney, letter of direction or any device whatsoever, or control of, or for the benefit of, TGS Management, including, but not limited to:

    a. Account signature cards
    b. Account applications
    c. Bank statements
    d. Cancelled checks (both sides)
    e. Credit and debit memos and advices
    f. Wire transfer authorizations
    g. Deposit slips and deposited items
    h. Cashiers checks
    i. Money orders
    j. Safe deposit box rental agreements
    k. Safe deposit box entry cards and visitation ledgers
    l. All Correspondence

1

# Hewell Declaration
# Exhibit 10



# Service of Summons, Notice and Recordkeeper Certificates

**(Pursuant to section 7603, Internal Revenue Code)**

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|------|------|
| 7/19/2016 | 5:15 pm |

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☐ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. ☒ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: Partner Colorado Credit Union
Attn: Special Services, 6221 Sheridan Blvd., Arvada, CO 80003

| Signature | Title |
|-----------|-------|
| | Revenue Agent   08-98924 |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: 7/19/2016        Time: 5:15 pm

Name of Noticee: TGS Management

Address of Noticee (if mailed): 700 17th St. Suite 2200, Denver, CO 80202

**How Notice Was Given**

☒ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summoned.

☐ No notice is required.

| Signature | Title |
|-----------|-------|
| | Revenue Agent   08-98924 |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|-----------|-------|
| | Revenue Agent   08-98924 |

Form **2039** (Rev. 10-2010)



# Service of Summons, Notice and Recordkeeper Certificates

**(Pursuant to section 7603, Internal Revenue Code)**

I certify that I served the summons shown on the front of this form on:

| Date  7/19/2016 | Time  5:15 pm |
|---|---|

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☐ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. ☒ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address:  Verus Bank of Commerce
Attn: Summons Processing, 3700 S College Ave, Unit 102, Fort Collins, CO 80525

| Signature | Title  Revenue Agent   08-98924 |
|---|---|

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice:  7/19/2016          Time:  5:15 pm

Name of Noticee:  IVXX Infuzionz LLC

Address of Noticee (if mailed):  700 17th Street Suite 2200, Denver, CO 80202

**How Notice Was Given**

☒ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summoned.

☐ No notice is required.

| Signature | Title  Revenue Agent   08-98924 |
|---|---|

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title  Revenue Agent   08-98924 |
|---|---|

Form **2039** (Rev. 10-2010)



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| 7/19/2016 | 5:15 pm |

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☐ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. ☒ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: Verus Bank of Commerce
Attn: Summons Processing, 3700 S College Ave, Unit 102, Fort Collins, CO 80525

| Signature | Title |
|---|---|
| | Revenue Agent   08-98924 |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: 7/19/2016          Time: 5:15 pm

Name of Noticee: S-Type Armored LLC

Address of Noticee (if mailed): 700 17th Street Suite 2200, Denver, CO 80202

**How Notice Was Given**

☒ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summoned.

☐ No notice is required.

| Signature | Title |
|---|---|
| | Revenue Agent   08-98924 |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|---|---|
| | Revenue Agent   08-98924 |

Form **2039** (Rev. 10-2010)



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|------|------|
| 7/19/2016 | 5:15 pm |

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☐ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. ☒ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: Verus Bank of Commerce
Attn: Summons Processing, 3700 S College Ave, Unit 102, Fort Collins, CO 80525

| Signature | Title |
|-----------|-------|
| | Revenue Agent   08-98924 |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: 7/19/2016          Time: 5:15 pm

Name of Noticee: Green Solution LLC

Address of Noticee (if mailed): 700 17th Street Suite 2200, Denver, CO 80202

**How Notice Was Given**

☒ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summoned.

☐ No notice is required.

| Signature | Title |
|-----------|-------|
| | Revenue Agent   08-98924 |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|-----------|-------|
| | Revenue Agent   08-98924 |

Form **2039** (Rev. 10-2010)



# Service of Summons, Notice and Recordkeeper Certificates

**(Pursuant to section 7603, Internal Revenue Code)**

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|---|---|
| 7/19/2016 | 5:15 pm |

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☐ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. ☒ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: Verus Bank of Commerce
Attn: Summons Processing, 3700 S College Ave, Unit 102, Fort Collins, CO 80525

| Signature | Title |
|---|---|
|  | Revenue Agent   08-98924 |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: _____7/19/2016_____     Time: __5:15pm__

Name of Noticee: TGS Management

Address of Noticee (if mailed): 700 17th Street Suite 2200, Denver, CO 80202

**How Notice Was Given**

☒ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summoned.

☐ No notice is required.

| Signature | Title |
|---|---|
|  | Revenue Agent   08-98924 |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|---|---|
|  | Revenue Agent   08-98924 |

Form **2039** (Rev. 10-2010)



# Service of Summons, Notice and Recordkeeper Certificates

**(Pursuant to section 7603, Internal Revenue Code)**

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|------|------|
| 7/19/2016 | 5:15 pm |

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☐ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. ☒ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: Verus Bank of Commerce
Attn: Summons Processing, 3700 S College Ave, Unit 102, Fort Collins, CO 80525

| Signature | Title |
|-----------|-------|
| | Revenue Agent   08-98924 |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: 7/19/2016          Time: 5:15 pm

Name of Noticee: Green Earth Wellness

Address of Noticee (if mailed): 700 17th Street Suite 2200, Denver, CO 80202

**How Notice Was Given**

☒ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summoned.

☐ No notice is required.

| Signature | Title |
|-----------|-------|
| | Revenue Agent   08-98924 |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|-----------|-------|
| | Revenue Agent   08-98924 |

Form **2039** (Rev. 10-2010)



# Service of Summons, Notice and Recordkeeper Certificates

**(Pursuant to section 7603, Internal Revenue Code)**

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|------|------|
| 7/19/2016 | 5:15 pm |

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☐ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. ☒ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: Wells Fargo Bank NA
Attn: Legal Order Processing, MAC S3928-020, P.O. Box 29728, Phoenix, Arizona 85038

| Signature | Title |
|-----------|-------|
| | Revenue Agent   08-98924 |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: 7/19/2016          Time: 5:15 pm

Name of Noticee: TGS Management

Address of Noticee (if mailed): 700 17 Street Unit 2200, Denver, CO 80202

**How Notice Was Given**

☒ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summoned.

☐ No notice is required.

| Signature | Title |
|-----------|-------|
| | Revenue Agent   08-98924 |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|-----------|-------|
| | Revenue Agent   08-98924 |

Form **2039** (Rev. 10-2010)



# Service of Summons, Notice and Recordkeeper Certificates

**(Pursuant to section 7603, Internal Revenue Code)**

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|------|------|
| 7/19/2016 | 5:15 pm |

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☐ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. ☒ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: Wells Fargo Bank NA
Attn: Legal Order Processing, MAC S3928-020, P.O. Box 29728, Phoenix, Arizona 85038

| Signature | Title |
|-----------|-------|
| David F. Hott | Revenue Agent 08-98924 |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: 7/19/2016          Time: 5:15 pm

Name of Noticee: Green Earth Wellness

Address of Noticee (if mailed): 700 17 Street Unit 2200, Denver, CO 80202

**How Notice Was Given**

☒ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summoned.

☐ No notice is required.

| Signature | Title |
|-----------|-------|
| David F. Hott | Revenue Agent 08-98924 |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|-----------|-------|
| | Revenue Agent 08-98924 |

Form **2039** (Rev. 10-2010)



# Service of Summons, Notice and Recordkeeper Certificates

**(Pursuant to section 7603, Internal Revenue Code)**

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|------|------|
| 7/19/2016 | 5:15 pm |

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☐ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. ☒ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: Wells Fargo Bank NA
Attn: Legal Order Processing, MAC S3928-020, P.O. Box 29728, Phoenix, Arizona 85038

| Signature | Title |
|-----------|-------|
| | Revenue Agent   08-98924 |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: 7/19/2016          Time: 5:15 pm

Name of Noticee: Green Solution LLC

Address of Noticee (if mailed): 700 17 Street Unit 2200, Denver, CO 80202

**How Notice Was Given**

☒ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summoned.

☐ No notice is required.

| Signature | Title |
|-----------|-------|
| | Revenue Agent   08-98924 |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|-----------|-------|
| | Revenue Agent   08-98924 |

Form **2039** (Rev. 10-2010)



# Service of Summons, Notice and Recordkeeper Certificates

**(Pursuant to section 7603, Internal Revenue Code)**

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|------|------|
| 7/19/2016 | 5:15 pm |

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☐ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. ☒ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: Wells Fargo Bank NA
Attn: Legal Order Processing, MAC S3928-020, P.O. Box 29728, Phoenix, Arizona 85038

| Signature | Title |
|-----------|-------|
| | Revenue Agent   08-98924 |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: 7/19/2016         Time: 5:15 pm

Name of Noticee: S-Type Armored LLC

Address of Noticee (if mailed): 700 17 Street Unit 2200, Denver, CO 80202

**How Notice Was Given**

☒ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summoned.

☐ No notice is required.

| Signature | Title |
|-----------|-------|
| | Revenue Agent   08-98924 |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|-----------|-------|
| | Revenue Agent   08-98924 |

Form **2039** (Rev. 10-2010)



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on:

| Date | Time |
|------|------|
| 7/19/2016 | 5:15 pm |

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☐ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): _____

3. ☒ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address:  Wells Fargo Bank NA
Attn: Legal Order Processing, MAC S3928-020, P.O. Box 29728, Phoenix, Arizona 85038

| Signature | Title |
|-----------|-------|
|  | Revenue Agent   08-98924 |

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: _____7/19/2016_____     Time: ___5:15 pm___

Name of Noticee: IVXX Infuzionz LLC

Address of Noticee (if mailed): 700 17 Street Unit 2200, Denver, CO 80202

**How Notice Was Given**

☒ I gave notice by certified or registered mail to the last known address of the noticee.

☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any).

☐ I gave notice by handing it to the noticee.

☐ In the absence of a last known address of the noticee, I left the notice with the person summoned.

☐ No notice is required.

| Signature | Title |
|-----------|-------|
|  | Revenue Agent   08-98924 |

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

| Signature | Title |
|-----------|-------|
|  | Revenue Agent   08-98924 |

Form **2039** (Rev. 10-2010)

## Card 1

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Wells Fargo Bank N.A.
Attn. LOP
MAC S3928-020
P.O. Box 29728
Phoenix, AZ 85058

9590 9403 0376 5163 2058 01

2. Article Number (Transfer from service label)
7011 0470 0001 9768 5677

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? JUL 2016 ☐ Yes   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053   Domestic Return Receipt

## Card 2

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Partner Colorado Credit Union
Attn: Special Services
6221 Sheridan Blvd.
Arvada, CO 80003

9590 9403 0376 5163 2057 88

2. Article Number (Transfer from service label)
7011 0470 0001 9768 5721

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053   Domestic Return Receipt

## Card 3

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Versus Bank of Commerce
Attn: Summons Processing
3700 S College Ave, Unit 102
Fort Collins, CO 80525

9590 9403 0376 5163 2058 18

2. Article Number (Transfer from service label)
7011 0470 0001 9768 5684

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery   7-22-16

D. Is delivery address different from item 1? ☐ Yes   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 PSN 7530-02-000-9053   Domestic Return Receipt