IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:16-mc-00167-PAB

GREEN SOLUTION, LLC, a Colorado Limited
Liability Company;
GREEN EARTH WELLNESS, INC., a dissolved
Colorado Corporation;
TGS MANAGEMENT, LLC, a Colorado Limited
Liability Company;
S-TYPE ARMORED, LLC, a Colorado Limited
Liability Company; and
IVXX INFUZIONZ, LLC, a Colorado Limited
Liability Company,

       Petitioners,

       v.

UNITED STATES OF AMERICA,

       Respondent.

## THIRD NOTICE OF SUPPLEMENTAL AUTHORITY

The United States, by and through undersigned counsel and in accordance with D.C.COLO.LCivR 7.1(f), hereby notifies the Court of supplemental authority relevant to the matters at issue in this case. Specifically, on April 28, 2017, the United States District Court for the District of Colorado denied a motion to stay filed in *Nutritional Elements Inc. et al. v. United States*, Case No. 17-mc-52-RM (D. Colo.). The motion to stay raised issues similar to those pending in the present case. Specifically, the motion argued that the case should be stayed pending appeal to the Tenth Circuit because the Court's prior orders "granted the IRS full jurisdictional authority to investigate whether persons have violated the Controlled Substances Act." *Id.* at [Dkt. # 11].

The minute order denying the motion to stay reads as follows:

> ORDER: This matter comes before the Court with the filing of petitioners' motion to stay pending appeal 11 ("the motion"), pursuant to Fed.R.App.P. 8 ("Rule 8"). The motion is DENIED because, other than conclusory assertions about "tremendous grant[s] of power" and "far-reaching implications," along with speculation about the sharing of information, petitioners provide no reasoned explanation for why a stay should be granted. In addition, the Court notes that petitioners do not even attempt to explain to the Court the legal standard for granting a motion to stay pending appeal. *See Fed. Trade Comm'n v. Mainstream Marketing Servs., Inc.*, 345 F.3d 850, 852 (10th Cir. 2003). As a result, the motion is DENIED. SO ORDERED by Judge Raymond P. Moore on 4/28/2017. (Text Only Entry ) (rmsec ) (Entered: 04/28/2017)

No hearing has been set in this matter; accordingly, notice of the above-referenced supplemental authority is appropriate and timely under D.C.COLO.LCivR 7.1(f).

Dated:  May 1, 2017                              Respectfully submitted,

DAVID A. HUBBERT
Acting Assistant Attorney General

*/s/ Lindsay L. Clayton*
LINDSAY L. CLAYTON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-307-2956 (v)
202-307-0054 (f)
Lindsay.L.Clayton@usdoj.gov

Of Counsel:
ROBERT C. TROYER
Acting United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of May, 2017, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

    James D. Thorburn (jdt@thorburnlaw.com)
    Richard A. Walker (rwalker@thorburnlaw.com)
    *Counsel for Petitioners*

                                      */s/ Lindsay L. Clayton*
                                      LINDSAY L. CLAYTON
                                      Trial Attorney, Tax Division
                                      United States Department of Justice