IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:16-mc-00167-PAB

GREEN SOLUTION, LLC, a Colorado Limited
Liability Company;
GREEN EARTH WELLNESS, INC., a dissolved
Colorado Corporation;
TGS MANAGEMENT, LLC, a Colorado Limited
Liability Company;
S-TYPE ARMORED, LLC, a Colorado Limited
Liability Company; and
IVXX INFUZIONZ, LLC, a Colorado Limited
Liability Company,

       Petitioners,

       v.

UNITED STATES OF AMERICA,

       Respondent.

## FIFTH NOTICE OF SUPPLEMENTAL AUTHORITY

The United States, by and through undersigned counsel and in accordance with D.C.COLO.LCivR 7.1(f), hereby notifies the Court of supplemental authority relevant to the matters at issue in this case. Specifically, on May 25, 2017, the United States District Court for the District of Colorado issued a decision in *Futurevision LTD v. United States*, Case No. 1:17-mc-00041-RBJ (D. Colo.). In that case, the court rejected arguments similar to those that have been raised by Petitioners in this case. A copy of that decision is attached for the Court's convenience. In relevant part, the decision states:

> In sum, this Court is bound by the Tenth Circuit's rejection of petitioner's counsel's similar arguments in *Green Solution Retail, Inc.*, No. 16-1281, 2017 WL 1573816 (10th Cir. May 2, 2017), and I agree with my colleagues and other district courts that have denied related, albeit increasingly creative, claims from these

1

same lawyers, *see, e.g.*, *High Desert Relief, Inc. v. United States through Internal Revenue Serv.*, No. 16-CV-469 MCA/SCY, 2017 WL 1740467 (D.N.M. Mar. 31, 2017); *Alpenglow Botanicals, LLC v. United States*, No. 16-CV-00258-RM-CBS, 2016 WL 7856477 (D. Colo. Dec. 1, 2016).

Order [Dkt. # 18] at 3-4 in *Futurevision LTD v. United States*, Case No. 1:17-mc-00041-RBJ (D. Colo. May 25, 2017).

No hearing has been set in this matter; accordingly, notice of the above-referenced supplemental authority is appropriate and timely under D.C.COLO.LCivR 7.1(f).

Dated:  May 30, 2017                                              Respectfully submitted,

DAVID A. HUBBERT
Acting Assistant Attorney General

*/s/ Lindsay L. Clayton*
LINDSAY L. CLAYTON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Washington, D.C. 20044
202-307-2956 (v)
202-307-0054 (f)
Lindsay.L.Clayton@usdoj.gov

Of Counsel:
ROBERT C. TROYER
Acting United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of May, 2017, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

    James D. Thorburn (jdt@thorburnlaw.com)
    Richard A. Walker (rwalker@thorburnlaw.com)
    *Counsel for Petitioners*

                                      */s/ Lindsay L. Clayton*
                                      LINDSAY L. CLAYTON
                                      Trial Attorney, Tax Division
                                      United States Department of Justice