IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:16-mc-00167-PAB

GREEN SOLUTION RETAIL, LLC, a Colorado
Limited Liability Company;
GREEN EARTH WELLNESS, Inc., a dissolved
Colorado Corporation;
TGS MANAGEMENT, LLC, a Colorado Limited
Liability Company;
S-TYPE ARMORED, LLC, a Colorado Limited
Liability Company; and
IVXX INFUZIONZ, LLC, a Colorado Limited
Liability Company,

       Petitioners,

       v.

UNITED STATES OF AMERICA,

       Respondent.

## NOTICE OF APPEARANCE AND
## NOTICE OF SUBSTITUTION OF COUNSEL FOR THE UNITED STATES

Charles J. Butler, Trial Attorney for the United States Department of Justice, Tax Division, enters an appearance on behalf of the United States of America. Mr. Butler should be substituted as lead counsel for the United States in place of Lindsay L. Clayton, who has a new position with the Department of Justice.

//

//

Respectfully submitted September 11, 2017.

        DAVID A. HUBBERT
        Acting Assistant Attorney General

        */s/ Charles J. Butler*
        CHARLES J. BUTLER
        Trial Attorney, Tax Division
        U.S. Department of Justice
        P.O. Box 683
        Washington, D.C.  20044
        202-514-6062
        202-307-0054 (Fax)
        Charles.J.Butler@usdoj.gov

        *Of Counsel*
        BOB TROYER
        Acting United States Attorney

        *Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2017, I filed the foregoing with the Clerk of the Court using the CM/ECF system, which will provide electronic notice to the following:

James David Thorburn (jthorburn@thorburnwalker.com)
Richard Allan Walker (rwalker@thorburnwalker.com)
Thorburn Walker LLC
5460 South Quebec Street, Suite 330
Greenwood Village, Colorado 80111

*Counsel for Plaintiffs*

                                                */s/ Charles J. Butler*
                                                CHARLES J. BUTLER
                                                Trial Attorney, Tax Division
                                                U.S. Department of Justice