IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:16-mc-00167-PAB

GREEN SOLUTION, LLC, a Colorado Limited
Liability Company;
GREEN EARTH WELLNESS, INC., a dissolved
Colorado Corporation;
TGS MANAGEMENT, LLC, a Colorado Limited
Liability Company;
S-TYPE ARMORED, LLC, a Colorado Limited
Liability Company; and
IVXX INFUZIONZ, LLC, a Colorado Limited
Liability Company,

       Petitioners,

       v.

UNITED STATES OF AMERICA,

       Respondent.

## UNITED STATES' SIXTH NOTICE OF SUPPLEMENTAL AUTHORITY

The United States, in accordance with D.C.COLO.LCivR 7.1(f), hereby notifies the Court of supplemental authority relevant to the matters at issue in this case.

On October 26, 2017, the United States District Court for the District of Colorado issued a decision in *Rifle Remedies, LLC v. United States*, Case No. 1:17-mc-00062-RM (D. Colo.), a case similar to the case before this Court. In the *Rifle Remedies* decision, the court rejected arguments much the same as those Petitioners have made in this case. That decision states, in relevant part, the following: "Notably, [Petitioner's] arguments are based upon rank speculation, on a lack of facts, or a combination of both. This is simply insufficient." Order [ECF No. 23] at

7-8, *Rifle Remedies, LLC v. United States*, Case No. 1:17-mc-00062-RM (D. Colo. Oct. 26, 2017).  A copy of the decision is attached.

     No hearing has been set in this matter.  Accordingly, notice of this supplemental authority is appropriate and timely under D.C.COLO.LCivR 7.1(f).

Dated:  November 15, 2017                      Respectfully submitted,

                                                                DAVID A. HUBBERT
                                                                 Acting Assistant Attorney General

                                                                 */s/ Charles J. Butler*
                                                                 CHARLES J. BUTLER
                                                                 Trial Attorney, Tax Division
                                                                U.S. Department of Justice
                                                                P.O. Box 683
                                                                Washington, D.C. 20044
                                                                202-514-6062
                                                                Charles.J.Butler@usdoj.gov

                                                                Of Counsel:
                                                                ROBERT C. TROYER
                                                                Acting United States Attorney

CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2017, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification to the following:

    James D. Thorburn (jdt@thorburnlaw.com)
    Richard A. Walker (rwalker@thorburnlaw.com)

    *Counsel for Petitioners*

                                      */s/ Charles J. Butler*
                                      CHARLES J. BUTLER
                                      Trial Attorney, Tax Division
                                      United States Department of Justice