IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 1:16-mc-00167-PAB

GREEN SOLUTION, LLC, a Colorado Limited Liability Company;
GREEN EARTH WELLNESS, INC., a dissolved Colorado Corporation;
TGS MANAGEMENT, LLC, a Colorado Limited Liability Company;
S-TYPE ARMORED, LLC, a Colorado Limited Liability Company; and,
IVXX INFUZIONZ, LLC, a Colorado Limited Liability Company.

Petitioners,

v.

UNITED STATES OF AMERICA, through its agency the Internal Revenue Service,

Respondent.

---

**NOTICE OF APPEAL**

---

Notice is hereby given that Petitioners in the above-named case, Green Solution, LLC, a Colorado limited liability company, Green Earth Wellness, Inc., a dissolved Colorado corporation, TGS Management, LLC, a Colorado limited liability company; S-Type Armored, LLC, a Colorado limited liability company, and IVXX Infuzionz, a Colorado limited liability company, appeal to the United States Court of Appeals for the Tenth Circuit from the Order dismissing Petitioners' Petition to Quash Summonses, granting the United States' Motion to Dismiss and Enforce Summonses, and denying the Petitioner's Motion for the Court to Postpone its Ruling Until an Opinion has Been Issued in Appellate Case No. 16-1281, entered in this action on April 24, 2019 [Doc. 28].

Dated: June 17, 2019

        Respectfully submitted:

        **THORBURN WALKER LLC**

        *James D. Thorburn*
        James D. Thorburn
        Attorney for the Petitioners
        5460 South Quebec Street, Suite 310
        Greenwood Village, Colorado 80111
        (303) 646-3482
        jthorburn@thorburnwalker.com

        *Richard A. Walker*
        Richard A. Walker
        Attorney for the Petitioners
        5460 South Quebec Street, Suite 310
        Greenwood Village, Colorado 80111
        (303) 646-3482
        rwalker@thorburnwalker.com

**CERTIFICATE OF SERVICE**

   I hereby certify that on June 17, 2019, I electronically filed a true and correct copy of the foregoing using the CM/ECF system which will send notification to such filing to the following e-mail addresses:

Charles J. Butler
U.S. Department of Justice
P.O. Box 683
Tax Division
Ben Franklin Station
Washington, DC 20044-0683
Email: Charles.J.Butler@usdoj.gov

              */s/ James D. Thorburn*
              James D. Thorburn
              Attorney for the Petitioners
              5460 South Quebec Street, Suite 310
              Greenwood Village, Colorado 80111
              (303) 646-3482
              jthorburn@thorburnwalker.com