APPEAL,TERMED

# U.S. District Court - District of Colorado
## District of Colorado (Denver)
### CIVIL DOCKET FOR CASE #: 1:16-mc-00167-PAB

| | |
|---|---|
| Green Solution, LLC et al v. IVXX Infuzionz, LLC | Date Filed: 08/08/2016 |
| Assigned to: Judge Philip A. Brimmer | Date Terminated: 04/24/2019 |

**Plaintiff**

**Green Solution, LLC**
*a Colorado Limited Liability Company*

represented by **James David Thorburn**
Thornburn Walker, LLC
5460 South Quebec Street
Suite 330
Greenwood Village, CO 80111
303-646-3482
Fax: 303-796-0899
Email: jthorburn@thorburnwalker.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Allan Walker**
Thornburn Walker, LLC
5460 South Quebec Street
Suite 330
Greenwood Village, CO 80111
303-646-3482
Email: rwalker@thorburnwalker.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Green Earth Wellness, Inc.**
*a dissolved Colorado Limited Liability Company*

represented by **James David Thorburn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Allan Walker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**TGS Management, LLC**
*a Colorado Limited Liability Company*

represented by **James David Thorburn**
(See above for address)
*LEAD ATTORNEY*

          *ATTORNEY TO BE NOTICED*

          **Richard Allan Walker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**S-Type Armored, LLC**  represented by **James David Thorburn**
*a Colorado Limited Liability Company*  (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

          **Richard Allan Walker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**IVXX Infuzionz, LLC**  represented by **James David Thorburn**
*a Colorado Limited Liability Company*  (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

          **Richard Allan Walker**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**USA**  represented by **Lindsay Laurie Clayton**
*through its agent of*  U.S. Department of Justice-DC-Tax Division-#683
Internal Revenue Service  P.O. Box 683
555 4th Street NW
Washington, DC 20044-0683
202-307-2956
Fax: 202-307-0054
Email: lindsay.l.clayton@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

          **Charles J. Butler**
U.S. Department of Justice-DC-#683
P.O. Box 683
Tax Division

Ben Franklin Station
Washington, DC 20044-0683
202-514-6062
Fax: 202-307-0054
Email: Charles.J.Butler@usdoj.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/08/2016 | 1 | PETITION to Enforce IRS Summons, filed by S-Type Armored, LLC, Green Solution, LLC, TGS Management, LLC, Green Earth Wellness, Inc., IVXX Infuzionz, LLC. $46.00; Receipt Number 075760. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Civil Cover Sheet) (dbera, ) (Entered: 08/09/2016) |
| 08/08/2016 | 2 | AFFIDAVIT/RETURN of Service upon John Walsh, Loretta Lynch, David Hewell, Wells Fargo Bank, Verus Bank of Commerce, Partner Colorado Credit Union on 7/28/2016 (dbera, ) (Entered: 08/09/2016) |
| 08/08/2016 | 3 | DECLARATION of Timothy G. Snell by Plaintiffs Green Earth Wellness, Inc., Green Solution, LLC, IVXX Infuzionz, LLC, S-Type Armored, LLC, TGS Management, LLC. (dbera, ) (Entered: 08/09/2016) |
| 08/08/2016 | 4 | NOTICE OF CASE ASSOCIATION by James David Thorburn, Richard Allan Walker on behalf of Green Earth Wellness, Inc., Green Solution, LLC, IVXX Infuzionz, LLC, S-Type Armored, LLC, TGS Management, LLC (dbera, ) (Entered: 08/09/2016) |
| 08/10/2016 | 5 | ORDER REASSIGNING CASE. Case reassigned to Judge Philip A. Brimmer for all further proceedings. Judge Raymond P. Moore no longer assigned to case, all future filings in Case No. 16-mc-00167-RM shall be docketed under the casenumber 16-mc-00167-PAB. ORDERED by Judge Raymond P. Moore on 08/10/2016. (cthom, ) (Entered: 08/10/2016) |
| 10/05/2016 | 6 | NOTICE *of Related Cases* by Defendant USA (Clayton, Lindsay) (Entered: 10/05/2016) |
| 10/07/2016 | 7 | Motion to Dismiss and Enforce Summonses by Defendant USA. (Attachments: # 1 Hewell Declaration)(Clayton, Lindsay) Modified on 10/7/2016 to correct text pursuant to PAB Chambers instruction (jhawk, ). (Entered: 10/07/2016) |
| 10/28/2016 | 8 | RESPONSE to 7 MOTION to Dismiss MOTION to Dismiss *Petition to Quash* filed by Plaintiffs Green Earth Wellness, Inc., Green Solution, LLC, IVXX Infuzionz, LLC, S-Type Armored, LLC, TGS Management, LLC. (Thorburn, James) (Entered: 10/28/2016) |
| 11/10/2016 | 9 | STRICEN REPLY to Response to 7 MOTION to Dismiss MOTION to Dismiss *Petition to Quash* filed by Defendant USA. (Clayton, Lindsay) Modified on 11/21/2016 stricken pursuant to the minute order of 11/21/16 (jhawk, ). (Entered: 11/10/2016) |

| | | |
|---|---|---|
| 11/21/2016 | 10 | MINUTE ORDER STRIKING 9 Defendant's Reply in support of its motion to dismiss and enforce summons, for failure to comply with D.C.COLO.LCivR 10.1(e) ("All pleadings and documents shall be double spaced.") Defendant may have until November 28, 2016 to file a complying reply. By Judge Philip A. Brimmer on 11/21/16. Text Only Entry (pabsec) (Entered: 11/21/2016) |
| 11/21/2016 | 11 | REPLY to Response to 7 MOTION to Dismiss MOTION to Dismiss *Petition to Quash (Replacement - MSWord Double Space)* filed by Defendant USA. (Clayton, Lindsay) (Entered: 11/21/2016) |
| 04/04/2017 | 12 | NOTICE of Supplemental Authorities re: 7 MOTION to Dismiss MOTION to Dismiss *Petition to Quash* by Defendant USA (Attachments: # 1 High Desert Relief Opinion)(Clayton, Lindsay) (Entered: 04/04/2017) |
| 04/12/2017 | 13 | MOTION for Ruling by Plaintiffs Green Earth Wellness, Inc., Green Solution, LLC, IVXX Infuzionz, LLC, S-Type Armored, LLC, TGS Management, LLC. (Thorburn, James) Modified on 4/13/2017 to note that this document was filed in wrong case.(jhawk, ). (Entered: 04/12/2017) |
| 04/12/2017 | 14 | NOTICE of Supplemental Authorities by Plaintiffs Green Earth Wellness, Inc., Green Solution, LLC, IVXX Infuzionz, LLC, S-Type Armored, LLC, TGS Management, LLC (Thorburn, James) Modified on 4/13/2017 to note that this document was filed in wrong case (jhawk, ). (Entered: 04/12/2017) |
| 04/12/2017 | 15 | MOTION for Ruling by Plaintiffs Green Earth Wellness, Inc., Green Solution, LLC, IVXX Infuzionz, LLC, S-Type Armored, LLC, TGS Management, LLC. (Thorburn, James) (Entered: 04/12/2017) |
| 04/12/2017 | 16 | NOTICE of Supplemental Authorities by Plaintiffs Green Earth Wellness, Inc., Green Solution, LLC, IVXX Infuzionz, LLC, S-Type Armored, LLC, TGS Management, LLC (Thorburn, James) (Entered: 04/12/2017) |
| 04/25/2017 | 17 | RESPONSE to 15 MOTION for Ruling , 13 MOTION for Ruling *(Opposition to Motion to Stay)* filed by Defendant USA. (Clayton, Lindsay) (Entered: 04/25/2017) |
| 04/26/2017 | 18 | NOTICE of Supplemental Authorities *(Second)* by Defendant USA (Attachments: # 1 Nutritional Elements Hearing Transcript)(Clayton, Lindsay) (Entered: 04/26/2017) |
| 05/01/2017 | 19 | NOTICE of Supplemental Authorities *(Third)* by Defendant USA (Clayton, Lindsay) (Entered: 05/01/2017) |
| 05/09/2017 | 20 | MOTION for Extension of Time to File Response/Reply as to 15 MOTION for Ruling by Plaintiffs Green Earth Wellness, Inc., Green Solution, LLC, IVXX Infuzionz, LLC, S-Type Armored, LLC, TGS Management, LLC. (Thorburn, James) (Entered: 05/09/2017) |
| 05/10/2017 | 21 | MINUTE ORDER granting 20 Motion for Extension of Time. Plaintiffs may have until May 19, 2017 to file a reply in support of their motion to postpone ruling 15 . In seeking any future extension of time, plaintiffs are |

| | | |
|---|---|---|
| | | directed to comply with § I.G.2 of this Court's Practice Standards: "Any motion for extension of time shall be filed no later than three business days before the date the motion, response, reply, or other paper is due." By Judge Philip A. Brimmer on 5/10/17. Text Only Entry (pabsec) (Entered: 05/10/2017) |
| 05/10/2017 | 22 | NOTICE of Supplemental Authorities *(Fourth)* by Defendant USA (Attachments: # 1 Tenth Circuit Opinion in Green Solution Retail) (Clayton, Lindsay) (Entered: 05/10/2017) |
| 05/19/2017 | 23 | REPLY to Response to 15 MOTION for Ruling filed by Plaintiffs Green Earth Wellness, Inc., Green Solution, LLC, IVXX Infuzionz, LLC, S-Type Armored, LLC, TGS Management, LLC. (Thorburn, James) (Entered: 05/19/2017) |
| 05/30/2017 | 24 | NOTICE of Supplemental Authorities *(Fifth)* by Defendant USA (Attachments: # 1 Futurevision Order)(Clayton, Lindsay) (Entered: 05/30/2017) |
| 09/11/2017 | 25 | NOTICE of Entry of Appearance by Charles J. Butler on behalf of USAAttorney Charles J. Butler added to party USA(pty:dft) (Butler, Charles) (Entered: 09/11/2017) |
| 09/12/2017 | 26 | ADVISORY NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES: re: 25 Notice of Entry of Appearance filed by attorney CHARLES J. BUTLER. The document is filed incorrectly. Refer to D.C.COLO.LAttyR 5. (Text Only Entry) (sphil, ) (Entered: 09/12/2017) |
| 11/15/2017 | 27 | NOTICE of Supplemental Authorities by Defendant USA (Butler, Charles) (Entered: 11/15/2017) |
| 04/24/2019 | 28 | ORDER dismissing 1 Petition to Quash Summonses by Chief Judge Philip A. Brimmer on 4/24/19. 7 Motion to Dismiss and Enforce Summonses is granted. 15 Motion for the Court to Postpone its Ruling Until an Opinion has Been Issued in Appellate Case No. 16-1281 is denied. (dkals, ) (Entered: 04/25/2019) |
| 06/17/2019 | 29 | NOTICE OF APPEAL as to 28 Order on Motion to Dismiss,, Order on Motion for Ruling, by Plaintiffs Green Earth Wellness, Inc., Green Solution, LLC, IVXX Infuzionz, LLC, S-Type Armored, LLC, TGS Management, LLC (Filing fee $ 505, Receipt Number 1082-6745654) (Thorburn, James) (Entered: 06/17/2019) |