**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

**October 20, 2020**

**Christopher M. Wolpert**
**Clerk of Court**

ERIC D. SPEIDELL,

     Petitioner - Appellant,

v.

UNITED STATES OF AMERICA,
through its agency the Internal Revenue
Service,

     Respondent - Appellee.

_____

THE GREEN SOLUTION RETAIL, INC.,
a Colorado corporation; GREEN
SOLUTION, LLC, a Colorado limited
liability company; INFUZIONZ, LLC, a
Colorado limited liability company;
GREEN EARTH WELLNESS, INC., a
dissolved Colorado corporation,

     Plaintiffs - Appellants,

v.

UNITED STATES OF AMERICA,
through its agency the Internal Revenue
Service,

     Defendant - Appellee.

_____

GREEN SOLUTION, LLC, a Colorado
limited liability company; GREEN
EARTH WELLNESS, INC., a dissolved
Colorado limited liability Company; TGS

No. 19-1214
(D.C. No. 1:16-MC-00162-PAB)
(D. Colo.)

No. 19-1215
(D.C. No. 1:16-MC-00137-PAB)
(D. Colo.)

MANAGEMENT, LLC, a Colorado limited liability company; S-TYPE ARMORED, LLC, a Colorado limited liability company; IVXX INFUZIONZ, LLC, a Colorado limited liability company,

     Petitioners - Appellants,

v.

UNITED STATES OF AMERICA, through its agency the Internal Revenue Service,

     Respondent - Appellee.

No. 19-1216
(D.C. No. 1:16-MC-00167-PAB)
(D. Colo.)

_____

MEDICINAL WELLNESS CENTER, LLC, a Colorado limited liability company; MEDICINAL OASIS, LLC, a Colorado limited liability company; MICHAEL ARAGON, an individual; JUDY ARAGON, an individual; STEVEN HICKOX, an individual,

     Petitioners - Appellants,

v.

UNITED STATES OF AMERICA, through its agency the Internal Revenue Service,

     Respondent - Appellee.

Nos. 19-1217 & 19-1218
(D.C. Nos. 1:18-MC-00031-PAB and
1:17-MC-00170-PAB)
(D. Colo.)

2

_____

## JUDGMENT

_____

Before **BRISCOE**, **MORITZ**, and **CARSON**, Circuit Judges.

_____

These cases originated in the District of Colorado and was argued by counsel.

The judgments of that court are affirmed.

Entered for the Court

CHRISTOPHER M. WOLPERT, Clerk